UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MID-AMERICA CARPENTERS REGIONAL
COUNCIL PENSION FUND; MID-AMERICA
CARPENTERS REGIONAL COUNCIL HEALTH
FUND; MID-AMERICA CARPENTERS
REGIONAL COUNCIL APPRENTICE AND
TRAINEE PROGRAM; and MID-AMERICA
CARPENTERS REGIONAL COUNCIL
SUPPLEMENTAL RETIREMENT FUND,

       Plaintiffs,

  v.

SUPREME & ASSOCIATES, LLC, an Illinois
Limited Liability Company,

       Defendant.

24-cv-05961

Judge Mary M. Rowland

Magistrate Jeannice W. Appenteng

## PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT
## FOR SUM CERTAIN AGAINST DEFENDANT

   Plaintiffs, the MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION

FUND, *et al.* (collectively "Trust Funds"), by their attorney Kevin P. McJessy, hereby move this

Court pursuant to Federal Rule of Civil Procedure 55(b) to enter a final judgment for sum certain

against defendant SUPREME & ASSOCIATES, LLC, an Illinois Limited Liability Company

("Defendant").  In support of their motion, Trust Funds state as follows:

### FILING OF COMPLAINT

   1.  The Trust Funds filed a complaint against the Defendant under the Employee

Retirement Income Security Act ("ERISA") to compel Defendant to produce its books and

records to allow the Trust Funds' designated auditor, Legacy Professionals, LLP ("Legacy"), to

audit Defendant's fringe benefit contributions for the period January 1, 2022 to December 31,

2023 ("Audit Period").

2.      Trust Funds' complaint also seeks a judgment for all unpaid contributions, interest and liquidated damages, attorney's fees and costs, and auditor's fees pursuant to ERISA, Area Agreements, and the trust agreements to which Defendant is signatory.

## SERVICE

3.      On August 8, 2024, Defendant was served with a copy of the summons and complaint by service on Defendant.  A copy of the Return of Service was filed with the U.S. Clerk of Court on August 9, 2024.  *See* Certificate of Service, ECF Document #4.

## ENTRY OF DEFAULT ORDER

4.      Defendant has not filed an appearance or answer in this matter and over 21 days have passed since Defendant was served.

5.      On September 27, 2024 a default order was entered against Defendant.  That order stated as follows:

> MINUTE entry before the Honorable Mary M. Rowland: The Court has grants Plaintiff's motion for entry of default judgment [6] pursuant to Rule 55(a). The Court will vacate this default is defendants file a motion to vacate within 21 days of this order. Plaintiff is to mail this order via first class mail to the address where Defendant was served. The court strikes the status report that was due on 9/26/24. [5] Plaintiff is to file a status report by 10/31/24.

(ECF Document #7)  Defendant has not filed an appearance.

6.      Defendant is signatory to the collective bargaining agreement with the Mid-America Carpenters Regional Council ("Union").  *See* Decl. of J. Conklin ¶3, Exhibit A.

7.      Pursuant to the Agreement and ERISA, Defendant is required to pay fringe benefit contributions to the Trust Funds for work performed by Defendant's employees and non-union subcontractors performing work falling within the jurisdiction of the Union.  *See* Decl. of J. Conklin ¶4, Exhibit A; 29 U.S.C. §1132(g)(2)(A).

8.      Pursuant to the Agreement and ERISA, Defendant must submit to a periodic audit of its books and records in order to verify the accuracy of the contributions reported and paid to the Trust Funds.  *See* Decl. of J. Conklin ¶5, Exhibit A; 29 U.S.C. §1059.

9.      The Trust Funds engaged Legacy Professionals, LLP ("Legacy") to conduct an audit of Defendant's fringe benefit contributions to the Trust Funds for the period January 1, 2022 through December 31, 2023 ("Audit Period").  *See* Decl. of J. Conklin ¶6, Exhibit A.

10.      Prior to July 15, 2024 Defendant provided limited documents to Legacy and failed to produce complete books and records despite demands by the Trust Funds.  *See* Decl. of J. Conklin ¶7, Exhibit A.

## THIS MOTION

11.      After this lawsuit was filed additional documents were obtained in order for Legacy to prepare an audit report of Defendant's fringe benefit contributions for the Audit Period.  *See* Decl. of J. Conklin ¶8, Exhibit A.

12.      Legacy prepared an audit report with Legacy's findings showing that Defendant owes the Trust Funds $110,621.33 in unpaid fringe benefit contributions for the Audit Period ("Audit Report").  *See* Decl. of J. Conklin ¶8, Exhibit A.

13.      Because Defendant failed to comply with the terms of the Agreement, the Trust Funds had to employ the services of attorneys McJessy, Ching & Thompson, LLC to file a lawsuit to compel Defendant's compliance with the Agreement.  As a result, the Trust Funds incurred attorney's fees and costs.  Under the terms of the Agreement, Defendant is liable for the auditor's fees and attorney's fees and costs.  *See* Decl. of J. Conklin ¶9, Exhibit A.

14.      ERISA provides that the Trust Funds have the right to recover interest and liquidated damages or double interest whichever is greater.  *See* 29 U.S.C. §1132(g)(2)(C)(i) &

(ii); *Moriarty v. Svec*, 429 F.3d 710, 721 (7th Cir. 2005) ("In an action 'involving delinquent contributions . . . the court shall award the plan . . . interest on the unpaid contributions, [and] an amount equal to the greater of interest on the unpaid contributions, or liquidated damages[.]'"); *R.R. Maint. v. Elanar Constr. Co.*, 2017 U.S. Dist. LEXIS 239249, *4 ("Because Plaintiff's liquidated damages amount to less than the interest accrued, Plaintiff is entitled to double interest instead of interest and liquidated damages pursuant to ERISA, 29 U.S.C. § 1132(g)(2)(C)."). Here, the amount of the interest (*i.e.,* $24,357.59) is greater than the liquidated damages (*i.e.,* $22,124.33), so Trust Funds are entitled to recover double interest (*i.e.,* $48,715.18). *See* Decl. of J. Conklin ¶11, Exhibit A.

15. Accordingly, the amount owed by Defendant is $170,148.61 which includes $110,621.33 in unpaid contributions, $48,715.18 in double interest, $2,268.10 in auditor's fees, and $8,544.00 in attorney's fees and costs as follows:

A. Defendant owes the Trust Funds unpaid fringe benefit contributions of $110,621.33, *see* Decl. of J. Conklin ¶7, Exhibit A; 29 U.S.C. §1132(g)(2)(A);

B. Defendant owes the Trust Funds double interest of $48,715.18 on the amount that is due, *see* Decl. of J. Conklin ¶10, Exhibit A; 29 U.S.C. §1132(g)(2)(B) & (C)(i);

C. Defendant owes the Trust Funds auditor's fees of $2,268.10 incurred by the Trust Funds to date to complete the audit of Defendant's books and records, *see* Decl. of J. Conklin ¶11, Exhibit A; 29 U.S.C. §1132(g)(2)(E); *Trs. of the Chi. Plastering Inst. Pension Trust v. Cork Plastering Co.*, 570 F.3d 890, 902 (2009) ("This court, among others, has construed the latter provision [29 U.S.C. §1132(g)(2)(E)] to include an award of audit costs.");

D. Defendant owes the Trust Funds reasonable attorney's fees and costs of $8,544.00 incurred in this action, *see* Decl. of J. Conklin ¶9, Exhibit A, Decl. of K. McJessy ¶4, Exhibit B; 29 U.S.C. §1132(g)(1) and §1132(g)(2)(D); and

E. Defendant owes the Trust Funds reasonable attorney's fees and costs incurred by Trust Funds in enforcing this order; *see Free v. Briody*, 793 F.2d 807, 808-09 (7th Cir. 1986).

16. A draft proposed order is attached as Exhibit C.

WHEREFORE, the Trust Funds respectfully request that the Court enter judgment in their favor and against Defendant in the amount of $170,148.61 for:

A. unpaid fringe benefit contributions of $110,621.33;

B. double interest of $48,715.18 on the amount that is due;

C. auditor's fees of $2,268.10 incurred by the Trust Funds to date to complete the audit of Defendant's books and records;

D. reasonable attorney's fees and costs of $8,544.00 incurred in this action and any reasonable attorney's fees and costs that the Trust Funds incur to enforce their judgment; and

E. such other and further relief as the Court deems just and equitable.

MID-AMERICA CARPENTERS REGIONAL
COUNCIL PENSION FUND *et al.*

By:  s/ Kevin P. McJessy 
   One of Their Attorneys

Kevin P. McJessy
MCJESSY, CHING & THOMPSON, LLC
3759 North Ravenswood
Suite 231
Chicago, Illinois 60613
773.880.1260
mcjessy@MCandT.com

## <u>CERTIFICATE OF SERVICE</u>

I, Kevin P. McJessy, an attorney, certify that I caused the foregoing **Plaintiffs' Motion For Entry Of Final Judgment For Sum Certain Against Defendant** to be served upon:

<table>
<tr>
<td>
Supreme & Associates, LLC<br>
c/o Alicia Powell, Registered Agent<br>
803 D'amico Drive<br>
Chicago Heights, IL 60411
</td>
<td>
Supreme & Associates, LLC<br>
c/o Alicia Powell, President<br>
2289 Glenwood Lansing Road<br>
Lynwood, IL  60411
</td>
</tr>
<tr>
<td>
Supreme & Associates, LLC<br>
c/o Alicia Powell, President<br>
117 East 140th Court<br>
Riverdale, IL  60827
</td>
<td>
Supreme & Associates, LLC<br>
c/o Alicia Powell, President<br>
304 N. Blackstone St.<br>
Thornton, IL  60476
</td>
</tr>
</table>

via depositing in the United States Mail Depository located at 3759 N. Ravenswood, Chicago, Illinois, 60613 with postage prepaid on June 3, 2025.


   s/ Kevin P. McJessy      

6

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MID-AMERICA CARPENTERS REGIONAL
COUNCIL PENSION FUND; MID-AMERICA
CARPENTERS REGIONAL COUNCIL HEALTH
FUND; MID-AMERICA CARPENTERS
REGIONAL COUNCIL APPRENTICE AND
TRAINEE PROGRAM; and MID-AMERICA
CARPENTERS REGIONAL COUNCIL
SUPPLEMENTAL RETIREMENT FUND,

                Plaintiffs,

v.

SUPREME & ASSOCIATES, LLC, an Illinois
Limited Liability Company,

                Defendant.

24-cv-05961

Judge Mary M. Rowland

Magistrate Jeannice W. Appenteng

## DECLARATION OF JOHN CONKLIN

I, John Conklin, hereby declare as follows:

1.      I am the Contributions Department Manager for the Mid-America Carpenters

Regional Council Pension Fund, the Mid-America Carpenters Regional Council Health Fund; the

Mid-America Carpenters Regional Council Apprentice And Trainee Program, and the Mid-

America Carpenters Regional Council Supplemental Retirement Fund (collectively "the Trust

Funds"). I have been employed by the Trust Funds since 2010 and I have been in my current

position since January 2023.

2.      As part of my duties, I am responsible for managing the collection of

contributions for medical, pension and other benefits due from numerous employers pursuant to

collective bargaining agreements between the employers and the Mid-America Carpenters

Regional Council formerly known as the Chicago and Northeast Illinois Regional Council of



Carpenters ("Union"). I am also responsible for initiating audits of employers' fringe benefit contributions with auditing firms engaged by the Trust Funds for that purpose, including Legacy Professionals LLP ("Legacy"), for reviewing the fees charged by Legacy for its work, and for receiving, reviewing, collecting and maintaining audit reports prepared by Legacy of employers' fringe benefit contributions.

3.       Supreme & Associates, LLC ("Defendant") is an employer bound by a collective bargaining agreement with the Union ("Area Agreement"). A copy of the Agreement dated July 1, 2019 between Defendant and the Union by which Defendant agreed to be bound by the Area Agreement is attached as Exhibit A-1. The Agreement binds Defendant to the Area Agreement with the Union and the trust agreements establishing the Trust Funds. The Agreement, the Area Agreement and the trust agreements are collectively referred to herein as "Agreements." As part of my work for the Trust Funds, I have reviewed the Agreements and I am familiar with their terms.

4.       Pursuant to the Agreements, Defendant is required to pay fringe benefit contributions to the Trust Funds for work performed by Defendant's employees and non-union subcontractors performing work falling within the bargaining unit or jurisdiction of the Union.

5.       Pursuant to the Agreements, Defendant also agreed to submit to a periodic audit of its books and records in order to verify the accuracy of the contributions reported and paid to the Trust Funds.

6.       The Trust Funds engaged Legacy to conduct an audit of Defendant's fringe benefit contributions to the Trust Funds for the period January 1, 2022 to December 31, 2023.

7.       Defendant produced partial records to Legacy but failed to produce complete records to Legacy. The Trust Funds made demand upon Defendant to produce complete books

and records necessary for Legacy's audit, but Defendant failed to do so. As a result, the Trust Funds initiated this lawsuit.

8. After this lawsuit was initiated, Legacy prepared an audit report of Defendant's fringe benefit contributions to the Trust Funds based on Legacy's review of the records obtained by the Trust Funds in this lawsuit and those previously produced by Defendant. A copy of the audit report prepared by Legacy is attached as Exhibit A-2 ("Audit Report"). Legacy delivered a copy of its Audit Report to the Trust Funds. The Trust Funds maintain a copy of Legacy's Audit Report in their files as part of their ordinary course of business. According to the Audit Report and based on the records produced by Defendant to Legacy, Defendant owes $110,621.64 in unpaid fringe benefit contributions to the Trust Funds.

9. The Agreements provide that the Trust Funds collect liquidated damages on unpaid fringe benefit contributions at a rate of 1½ percent compounded monthly and capped at 20 percent. The Agreements also provide that the Trust Funds collect interest on unpaid fringe benefit contributions as allowed by law.

10. Because Defendant failed to comply with the terms of the Agreements, the Trust Funds have had to employ the services of attorneys McJessy Ching & Thompson, LLC. As a result, the Trust Funds incurred attorneys' fees and costs.

11. A summary of the updated calculations of accrued interest and liquidated damages as of June 3, 2025 is attached hereto as Exhibit A-3. Defendant owes $24,357.59 in unpaid interest calculated pursuant to 26 U.S.C. §6621 and $22,124.33 in unpaid liquidated damages calculated in accordance with the Agreements.

12. The Trust Funds paid Legacy $2,268.10 in auditors' fees for Legacy to conduct its review of Defendant's books and records and to prepare the Audit Report.

12.     I have personal knowledge of the matters stated in this affidavit and could testify

competently to them.

28 U.S.C. §1746 Affirmation: I declare under penalty of perjury that the foregoing is true and correct.

_____

John  Conkin

_____  6 | 3 | 25  _____

Executed On

# *Memorandum of Agreement*

| **Employer** | **Supreme and Associates, LLC.** | | | **Address:** | 117 E. 140th Ct. | |
|---|---|---|---|---|---|---|
| **City** | Riverdale | **State** IL | **Zip** | 60827 | **Phone** | 708-200-5910 |

THIS AGREEMENT is entered into between the Chicago Regional Council of Carpenters ("Union") and the Employer, including its successors and assigns covering the geographic jurisdiction of the Union including the following counties in *Illinois*: Adams, Boone, Brown, Bureau, Carroll, Cass, Champaign, Christian, Clark, Coles, Cook, Crawford, Cumberland, De Kalb, Dewitt, Douglas, DuPage, Edgar, Effingham, Ford, Fulton, Green, Grundy, Hancock, Henderson, Henry, Iroquois, Jasper, Jo Daviess, Kane, Kankakee, Kendall, Knox, Lake, La Salle, Lee, Livingston, Logan, Macon, Macoupin, Marshall, Mason, McDonough, McHenry, McLean, Menard, Mercer, Montgomery, Morgan, Moultrie, Ogle, Peoria, Piatt, Pike, Putnam, Rock Island, Sangamon, Shelby, Schuyler, Scott, Stark, Stephenson, Tazewell, Vermilion, Warren, Whiteside, Will, Winnebago, Woodford. The following counties in *Iowa*: Louisa (north of the Iowa River), Muscatine, and Scott; *For Millwright work, the Illinois counties listed above and the following Iowa counties:* Allamakee, Appanoose, Benton, Black Hawk, Bremer, Buchanan, Butler, Cedar, Cerro Gordo, Chickasaw, Clayton, Clinton, Davis, Delaware, Des Moines, Dubuque, Fayette, Floyd, Franklin, Grundy, Hancock, Henry, Howard, Iowa, Jackson, Jefferson, Johnson, Jones, Keokuk, Kossuth, Lee, Linn, Louisa, Mahaska, Mitchell, Monroe, Muscatine, Scott, Tama, Van Buren, Wapello, Washington, Wayne, Winnebago, Winneshiek, Worth and Wright. The Union and the Employer do hereby agree to the following:

1. The Employer recognizes the Union as the sole and exclusive bargaining representative on behalf of its employees who are working within the territorial and occupational jurisdiction of the Union. The Employer has reviewed sufficient evidence and is satisfied that the Union is the exclusive bargaining representative of a majority of its employees presently working within the territorial and occupational jurisdiction of the Union.

2. The Employer and the Union agree to incorporate into this Memorandum Agreement and to be bound by the Agreements negotiated between the Chicago Regional Council of Carpenters and various employers and employer associations throughout its territorial jurisdiction, including all Area Agreements for the period beginning with the execution of this Memorandum Agreement and ending on the expiration dates of any current and successor Agreements which are incorporated herein. Unless the Employer provides written notice by certified mail to the Chicago Regional Council of its desire to terminate or modify the Agreements at least three (3) calendar months prior to the expiration of such Agreements or unless otherwise stated in the Agreement, the Agreements shall continue in full force and effect through the full term and duration of all subsequent Agreements which are incorporated by reference.

3. The Employer agrees to be bound to the terms of the various Trust Agreements to which contributions are required to be made under the Agreements incorporated in Paragraph 2, including all rules and regulations adopted by the Trustees of each Fund.

In Witness Whereof the parties have executed this Memorandum of Agreement on this **1st** day of **July, 2019.**

**EMPLOYER**

*Alicia Powell*
Alicia Powell / President
Print Name and Title *Supreme & Associates LLC.*

**CHICAGO REGIONAL COUNCIL OF CARPENTERS**

Authorized Regional Council Representative

**EXHIBIT**
**A-1**

# Agreements

## (Illinois Central Region)

Mid American Regional Bargaining Association, Cook, Lake and DuPage
Mid American Regional Bargaining Association, Kane, Kendall and McHenry
Mid American Regional Bargaining Association, Will
Kankakee Contractors Association
Residential Construction Employers Council, Cook, Lake and DuPage
Residential Construction Employers Council, Will
Residential Construction Employers Council, Grundy
Woodworkers Association of Chicago (Mill-Cabinet)
Contractors Association of Will and Grundy Counties
Midwest Wall and Ceiling Contractors' Association

## (Illinois Western Region)

Quad City Builders Association, Commercial, Rock Island Mercer, Henry and Henderson
Floor Covering, Rock Island, Mercer, Henry and Henderson
Residential, Henry, Mercer Rock Island, and Henderson
Illinois Valley Contractors' Association Commercial, Bureau, LaSalle, Marshall, Putnam and Stark
Residential, Boone, Bureau, Carroll, DeKalb, Jo Daviess, LaSalle, Lee, Marshall, Ogle, Putnam, Stark, Stephenson, Whiteside and Winnebago
Commercial, DeKalb, portions of Ogle and Lee
Residential Construction Employers' Council, Boone, Bureau, Carroll, DeKalb, Jo Daviess, LaSalle, Lee, Marshall, Ogle, Putnam, Stark, Stephenson, Whiteside and Winnebago
Northern Illinois Building Contractors Association Inc., Boone, Carroll, , Jo Daviess, portion of Lee, portion of Ogle, Stephenson, Whiteside and Winnebago
Floor Covering, Boone, Carroll, DeKalb, Jo Daviess, Lee, Ogle, Stephenson, Whiteside and Winnebago
Millwright, Boone, Bureau, Carroll, DeKalb, Henderson, Henry, Jo Daviess, LaSalle, Lee, Marshall, Mercer, Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside, and Winnebago
Associated General Contractors of Illinois (Heavy and Highway) Highway Districts 2-3

## (Iowa)

Quad City Builders' Association, Commercial, Muscatine, Scott, Louisa north of Iowa River
Floorcovering, Louisa north of Iowa River, Muscatine and Scott
Residential, Louisa north of the Iowa River, Muscatine, Scott
Millwright Local 2158 and the Illowa Millwright Contractors' Association, Allamakee, Appanoose, Benton, Black Hawk, Bremer, Buchanan, Butler, Cedar, Cerro Gordo, Chickasaw, Clayton, Clinton, Davis, Delaware, Des Moines, Dubuque, Fayette, Floyd, Franklin, Grundy, Hancock, Henry, Howard, Iowa, Jackson, Jefferson, Johnson, Jones, Keokuk, Kossuth, Lee, Linn, Louisa, Mahaska, Mitchell, Monroe, Muscatine, Scott, Tama, Van Buren, Wapello, Washington, Wayne, Winnebago, Winneshiek, Worth and Wright
Heavy and Highway Associated Contractors Agreement Scott County
Heavy and Highway Contractors' Association, Louisa north of the Iowa River and Muscatine

(Illinois Southern Region)

Central Illinois Builders of AGC
Builders' Association of Tazewell County
Greater Peoria Contractors' and Suppliers' Association, Inc.
Residential Agreement
AGC Heavy & Highway Agreement
Mid-Central Illinois Millwright Contractors' Association Agreement
Central Illinois Builders-Greater Peoria-Tazewell Commercial Agreement
Central Illinois Builders-Greater Peoria-Tazewell Residential Agreement

The Employer Acknowledges receipt of a current copy of each agreement under which the company will be performing work. Each of the agreements are available upon request

It is also understood and agreed that it is the Employers' obligation to make a request for additional Collective Bargaining Agreement(s) in the event that the Company performs work in areas for which it has not already obtained a copy of the applicable Agreement.

_____
Employer

Date  7-2-19

# Mid America Carpenters Regional Council

## Records Reviewed

| | | | |
|---|---|---|---|
| Employer: | Supreme & Associates LLC | Phone: | (708) 200-5910 |
| Address: | 2289 Glenwood Lansing Road | Contact: | Alicia Powell |
| | Lynwood, IL 60411 | Title: | Vice President |
| Account Number(s): | 25781 | E-Mail: | supremeassociates17@gmail.com |
| Audit Period: | January 1, 2022 to December 31, 2023 | Initiation Type: | General Priority |

| ERISA Employer Audit Results | |
|---|---|
| Pension Discrepancy Hours | 0.00 |
| Benefit Discrepancy Hours | 2,848.50 |
| Discrepancy Amount | $110,621.64 |
| Liquidated Damages | $22,124.33 |
| Grand Total | $132,745.97 |

| Reviewed | Employer Records |
|---|---|
| No | Annual Federal Unemployment Tax Return (940) |
| Incomplete | Bank Statements |
| No | Cash Disbursement Journals |
| Incomplete | Check Register / Cancelled Checks / Vouchers |
| No | Construction Loan Data |
| No | Contribution Reports to All Other Funds |
| Yes | Contribution Reports to Audited Funds |
| No | Federal Income Tax Returns (1120 or 1065) |
| No | General Ledgers |
| No | Individual Earnings Records |
| No | Invoices from Sub-Contractors |
| No | Job List/Job Cost Records |
| No | Miscellaneous Income Payment Reports (1099) |
| No | Payroll Journals |
| No | Quarterly Federal Tax Returns (941) |
| No | Quarterly Unemployment Wage Reports |
| No | Summary of Information Returns (1096) |
| No | Time Cards |
| No | Transmittal of Income and Tax Statements (W-3) |
| No | Vendor List |
| No | Wage and Tax Statements (W-2) |

Date Reviewed: 5/14/25       Reviewer: *[signature]* CPA

**EXHIBIT**

**A-2**

# Mid America Carpenters Regional Council
## Compliance Audit Information Sheet

Employer's Name: Supreme & Associates LLC

Account Number(s): 25781

FEIN #: REDACTED

Business Address: 2289 Glenwood Lansing Road

City/State/ Zip Code: Lynwood, IL 60411

Business Phone Number: (708) 200-5910

Business Fax Number: N/A

E-Mail Address: supremeassociates17@gmail.com

Contact's Name: Alicia Powell          Title: Vice President

Person Fund is to contact: Alicia Powell          Title: Vice President

Was there an attorney demand letter sent for this audit?     Attorney:     Kevin McJessy at McJessy, Ching & Thompson
Yes X
No          Compliance Date: February 20, 2024

Audit Site (If different from employer's address):
Legacy Professionals LLP
4 Westbrook Corporate Center, Suite 700
Westchester, IL 60154

Are the Owners/Officers affiliated with any other company?
Yes X
No
If yes, list the name of the company(s):
MAYTRIX MASTER SERVICES LLC (no decision regarding pursuing the records of that company has been made).

Were any of the potential related companies pursued?
Yes          If yes, see attached details.
No

Are we including bonus payments in our report?
Yes          If yes, see in Schedule of Amounts Due.
No X

Does this employer report to other Carpenter Trust Funds?
Yes
No X
If yes, list the name of the Funds:

Are there potential 160 violations included in our report?
Yes          If yes, see attached details.
No X

If this audit was completed as "Preliminary Findings", "No Audit, No Cooperation", or "No Audit, Other", please explain why.
After discussion with the Trust Fund (John Conklin), it was decided to submit this audit as "Preliminary Findings" since we have not been
provided with complete records in April 2024. We have since been provided with partial records of the signatory company.

Is the company still in business?
Yes X          Date of Closure?
No

# Mid America Carpenters Regional Council
## Compliance Audit Information Sheet

Briefly describe the nature of the delinquency, if any:

Company used non-signatory subcontractors.

Did your examination uncover anything special or unusual which should be brought to the attention of the fund or other interested persons?

Yes     X          No     

If yes, explain:

The initiation letter indicated that this company was suspected of not reporting all carpenter hours worked.

We noted payments to the following non-signatory subcontractors. Since we were not provided any documentation for the payments, we applied the appropriate labor factor (100%) and included the resulting hours in the discrepancies.

| BLS Construction | Bomor Construction | G.P. Maintenance Services Inc |
|---|---|---|

We noted payments to the following payees. We were not provided with an explanation for the payments. Since we were not provided any documentation for the payments, we applied the appropriate labor factor (100%) and included the resulting hours in the discrepancies. We included these discrepancies under "Unidentified Subcontractor." We identified each of the payees with the letter indicated below.

| Payee | Letter Identifier | Payee | Letter Identifier |
|---|---|---|---|
| ATM cash withdrawal | CD41A | Bank of America ATM Withdrawal | CD41B |
| No payee provided | CD41C | | |

We noted payments to the following no record individuals. Since we were not provided with any documentation for those payments, we divided the payments by $25.00 per hour and included the resulting hours in the discrepancies.

| Name | SS# | Name | SS# |
|---|---|---|---|
| Bryon Brown | Unknown | Natasha | Unknown |

# Mid America Carpenters Regional Council

### Individual and Non-Signatory Sub-Contractor List

Employer Name: Supreme & Associates LLC
Account Number: 25781
Audit Period: January 1, 2022 to December 31, 2023

| Ref Number | Name | Address | City | State | Zip | Wage Rate | Description | List Type |
|---|---|---|---|---|---|---|---|---|
| 5 | Bryon Brown | Not Provded | | | | Not Provided | Not Provided | No Record |
| 6 | Natasha (Zelle transfer) | Not Provded | | | | Not Provided | Not Provided | No Record |
| 1 | BLS Construction | Not Provded | | | | | Not Provided | Sub List |
| 2 | Bomor Construction | Not Provded | | | | | Not Provided | Sub List |
| 3 | G.P. Maintenance Services Inc | Not Provded | | | | | Not Provided | Sub List |
| 4 | Unidentified Subcontractor (ATM cash withdrawal) | Not Provded | | | | | Not Provided | Sub List |
| 7 | Unidentified Subcontractor (Bank of America ATM Withdrawal) | Not Provded | | | | | Not Provided | Sub List |
| 8 | Unidentified Subcontractor (no payee provided) | Not Provded | | | | | Not Provided | Sub List |

# Mid America Carpenters Regional Council
## Discrepancy Summary By Month

Employer Name: Supreme & Associates LLC
Account Number: 25781
Audit Period: January 1, 2022 to December 31, 2023

| Reporting Period | | Pension Discrepancy Hours | Benefit Discrepancy Hours | Discrepancy Amount |
|---|---|---|---|---|
| January 2022 | | | 88.50 | 3,352.38 |
| February 2022 | | | 317.25 | $12,017.43 |
| March 2022 | | | 501.50 | $18,996.82 |
| April 2022 | | | 187.00 | $7,083.56 |
| May 2022 | | | 38.25 | $1,448.91 |
| June 2022 | | | 1,096.25 | $43,181.30 |
| July 2022 | | | 9.00 | $354.51 |
| August 2022 | | | 15.50 | $610.55 |
| September 2022 | | | 4.00 | $157.56 |
| October 2022 | | | 111.00 | $4,372.29 |
| November 2022 | | | 7.75 | $305.27 |
| December 2022 | | | 7.00 | $275.73 |
| January 2023 | | | 13.50 | $531.77 |
| February 2023 | | | 307.50 | $12,112.43 |
| March 2023 | | | 27.00 | $1,063.53 |
| April 2023 | | | 9.50 | $374.21 |
| May 2023 | | | 3.75 | $147.71 |
| June 2023 | | | 13.00 | $528.19 |
| July 2023 | | | 24.25 | $985.28 |
| August 2023 | | | 15.00 | $609.45 |
| September 2023 | | | 1.75 | $71.10 |
| October 2023 | | | | |
| November 2023 | | | 41.00 | $1,665.83 |
| December 2023 | | | 9.25 | $375.83 |
| Totals: | | | 2,848.50 | $110,621.64 |

| | |
|---|---|
| Discrepancy Amount: | $110,621.64 |
| Liquidated Damages: | $22,124.33 |
| Total Amount Due: | $132,745.97 |

# Mid America Carpenters Regional Council
## Discrepancy Summary by Error Code

Employer Name: Supreme & Associates LLC
Account Number: 25781
Audit Period: January 1, 2022 to December 31, 2023

| Error Code | Description | Pension Disc. Hours | Benefit Disc. Hours | Discrepancy Amount |
|---|---|---|---|---|
| CD41 | Non-signatory Subcontractor 100% Labor Factor | | 466.75 | $ 18,290.16 |
| CD41A | Non-signatory Subcontractor 100% Labor Factor | | 109.75 | $ 4,347.01 |
| CD41B | Non-signatory Subcontractor 100% Labor Factor | | 2.00 | $ 78.78 |
| CD41C | Non-signatory Subcontractor 100% Labor Factor | | 1,590.75 | $ 61,270.83 |
| CD50 | Individual Paid Through Cash Disbursements No Invoice Provided | | 679.25 | $ 26,634.86 |

| | |
|---|---|
| Discrepancy Amount: | $ 110,621.64 |
| Liquidated Damages: | $ 22,124.33 |
| Total Amount Due: | $ 132,745.97 |

# Mid America Carpenters Regional Council
## Liquidated Damages Schedule

Employer Name: Supreme & Associates LLC
Account Number: 25781
Audit Period: January 1, 2022 to December 31, 2023

| Reporting Period | Contributions Due | Compounding Periods | Calculating Percentage | Total Liquidated Damages Owed |
|---|---|---|---|---|
| January 2022 | $3,352.38 | 39 | 20.00% | $670.48 |
| February 2022 | $12,017.43 | 38 | 20.00% | $2,403.49 |
| March 2022 | $18,996.82 | 37 | 20.00% | $3,799.36 |
| April 2022 | $7,083.56 | 36 | 20.00% | $1,416.71 |
| May 2022 | $1,448.91 | 35 | 20.00% | $289.78 |
| June 2022 | $43,181.30 | 34 | 20.00% | $8,636.26 |
| July 2022 | $354.51 | 33 | 20.00% | $70.90 |
| August 2022 | $610.55 | 32 | 20.00% | $122.11 |
| September 2022 | $157.56 | 31 | 20.00% | $31.51 |
| October 2022 | $4,372.29 | 30 | 20.00% | $874.46 |
| November 2022 | $305.27 | 29 | 20.00% | $61.05 |
| December 2022 | $275.73 | 28 | 20.00% | $55.15 |
| January 2023 | $531.77 | 27 | 20.00% | $106.35 |
| February 2023 | $12,112.43 | 26 | 20.00% | $2,422.49 |
| March 2023 | $1,063.53 | 25 | 20.00% | $212.71 |
| April 2023 | $374.21 | 24 | 20.00% | $74.84 |
| May 2023 | $147.71 | 23 | 20.00% | $29.54 |
| June 2023 | $528.19 | 22 | 20.00% | $105.64 |
| July 2023 | $985.28 | 21 | 20.00% | $197.06 |
| August 2023 | $609.45 | 20 | 20.00% | $121.89 |
| September 2023 | $71.10 | 19 | 20.00% | $14.22 |
| October 2023 | | 18 | 20.00% | |
| November 2023 | $1,665.83 | 17 | 20.00% | $333.17 |
| December 2023 | $375.83 | 16 | 20.00% | $75.17 |

| | | | | |
|---|---|---|---|---|
| | | | **Total Damages this Schedule** | $22,124.33 |
| **Total Discrepancies** | $110,621.64 | | **20% of Discrepancies** | $22,124.33 |
| | | | **Assessed Damages** | $22,124.33 |

## Mid America Carpenters Regional Council
Schedule of Amounts Due

Employer Name: Supreme & Associates LLC
Account Number: 25781
Audit Period: January 1, 2022 to December 31, 2023

| Month | Account Number | Rate Table | Reference Number | Name | Error Code | Total Hours Reported | Benefit Hours Reported | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Total Hours | Pension Capped Hours | Pension Discrepancy Hours | Pension Contribution Rate | Benefit Capped Hours | Benefit Discrepancy Hours | Benefit Contribution Rate | Discrepancy Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| February 2022 | 25781 | 81183 | 1 | BLS Construction | CD41 | - | - | 33.50 | - | - | - | - | 33.50 | | - | | | 33.50 | $ 37.88 | $ 1,268.98 |
| June 2022 | 25781 | 81183 | 1 | BLS Construction | CD41 | - | - | 192.25 | - | - | - | - | 192.25 | | - | | | 192.25 | $ 39.39 | $ 7,572.73 |
| June 2022 | 25781 | 81183 | 2 | Bomor Construction | CD41 | - | - | 211.50 | - | - | - | - | 211.50 | | - | | | 211.50 | $ 39.39 | $ 8,330.99 |
| February 2022 | 25781 | 81183 | 5 | Bryon Brown | CD50 | - | - | 80.00 | - | - | - | - | 80.00 | | - | | | 80.00 | $ 37.88 | $ 3,030.40 |
| June 2022 | 25781 | 81183 | 5 | Bryon Brown | CD50 | - | - | 480.00 | - | - | - | - | 480.00 | | - | | | 480.00 | $ 39.39 | $ 18,907.20 |
| July 2022 | 25781 | 81183 | 5 | Bryon Brown | CD50 | - | - | 3.25 | - | - | - | - | 3.25 | | - | | | 3.25 | $ 39.39 | $ 128.02 |
| October 2022 | 25781 | 81183 | 5 | Bryon Brown | CD50 | - | - | 88.00 | - | - | - | - | 88.00 | | - | | | 88.00 | $ 39.39 | $ 3,466.32 |
| March 2022 | 25781 | 81183 | 3 | G.P. Maintenance Services Inc | CD41 | - | - | 29.50 | - | - | - | - | 29.50 | | - | | | 29.50 | $ 37.88 | $ 1,117.46 |
| June 2022 | 25781 | 81183 | 6 | Natasha (Zelle transfer) | CD50 | - | - | 28.00 | - | - | - | - | 28.00 | | - | | | 28.00 | $ 39.39 | $ 1,102.92 |
| April 2022 | 25781 | 81183 | 4 | Unidentified Subcontractor (ATM cash withdrawal) | CD41A | - | - | 10.00 | - | - | - | - | 10.00 | | - | | | 10.00 | $ 37.88 | $ 378.80 |
| August 2022 | 25781 | 81183 | 4 | Unidentified Subcontractor (ATM cash withdrawal) | CD41A | - | - | 15.50 | - | - | - | - | 15.50 | | - | | | 15.50 | $ 39.39 | $ 610.55 |
| November 2022 | 25781 | 81183 | 4 | Unidentified Subcontractor (ATM cash withdrawal) | CD41A | - | - | 7.75 | - | - | - | - | 7.75 | | - | | | 7.75 | $ 39.39 | $ 305.27 |
| December 2022 | 25781 | 81183 | 4 | Unidentified Subcontractor (ATM cash withdrawal) | CD41A | - | - | 7.00 | - | - | - | - | 7.00 | | - | | | 7.00 | $ 39.39 | $ 275.73 |
| January 2023 | 25781 | 81183 | 4 | Unidentified Subcontractor (ATM cash withdrawal) | CD41A | - | - | 7.25 | - | - | - | - | 7.25 | | - | | | 7.25 | $ 39.39 | $ 285.58 |
| March 2023 | 25781 | 81183 | 4 | Unidentified Subcontractor (ATM cash withdrawal) | CD41A | - | - | 27.00 | - | - | - | - | 27.00 | | - | | | 27.00 | $ 39.39 | $ 1,063.53 |
| May 2023 | 25781 | 81183 | 4 | Unidentified Subcontractor (ATM cash withdrawal) | CD41A | - | - | 3.75 | - | - | - | - | 3.75 | | - | | | 3.75 | $ 39.39 | $ 147.71 |
| June 2023 | 25781 | 81183 | 4 | Unidentified Subcontractor (ATM cash withdrawal) | CD41A | - | - | 13.00 | - | - | - | - | 13.00 | | - | | | 13.00 | $ 40.63 | $ 528.19 |
| July 2023 | 25781 | 81183 | 4 | Unidentified Subcontractor (ATM cash withdrawal) | CD41A | - | - | 1.75 | - | - | - | - | 1.75 | | - | | | 1.75 | $ 40.63 | $ 71.10 |
| August 2023 | 25781 | 81183 | 4 | Unidentified Subcontractor (ATM cash withdrawal) | CD41A | - | - | 15.00 | - | - | - | - | 15.00 | | - | | | 15.00 | $ 40.63 | $ 609.45 |
| September 2023 | 25781 | 81183 | 4 | Unidentified Subcontractor (ATM cash withdrawal) | CD41A | - | - | 1.75 | - | - | - | - | 1.75 | | - | | | 1.75 | $ 40.63 | $ 71.10 |
| September 2022 | 25781 | 81183 | 7 | Unidentified Subcontractor (Bank of America ATM Withdrawal) | CD41B | - | - | 2.00 | - | - | - | - | 2.00 | | - | | | 2.00 | $ 39.39 | $ 78.78 |
| January 2022 | 25781 | 81183 | 8 | Unidentified Subcontractor (no payee provided) | CD41C | - | - | 88.50 | - | - | - | - | 88.50 | | - | | | 88.50 | $ 37.88 | $ 3,352.38 |
| February 2022 | 25781 | 81183 | 8 | Unidentified Subcontractor (no payee provided) | CD41C | - | - | 203.75 | - | - | - | - | 203.75 | | - | | | 203.75 | $ 37.88 | $ 7,718.05 |
| March 2022 | 25781 | 81183 | 8 | Unidentified Subcontractor (no payee provided) | CD41C | - | - | 472.00 | - | - | - | - | 472.00 | | - | | | 472.00 | $ 37.88 | $ 17,879.36 |
| April 2022 | 25781 | 81183 | 8 | Unidentified Subcontractor (no payee provided) | CD41C | - | - | 177.00 | - | - | - | - | 177.00 | | - | | | 177.00 | $ 37.88 | $ 6,704.76 |
| May 2022 | 25781 | 81183 | 8 | Unidentified Subcontractor (no payee provided) | CD41C | - | - | 38.25 | - | - | - | - | 38.25 | | - | | | 38.25 | $ 37.88 | $ 1,448.91 |
| June 2022 | 25781 | 81183 | 8 | Unidentified Subcontractor (no payee provided) | CD41C | - | - | 184.50 | - | - | - | - | 184.50 | | - | | | 184.50 | $ 39.39 | $ 7,267.46 |
| July 2022 | 25781 | 81183 | 8 | Unidentified Subcontractor (no payee provided) | CD41C | - | - | 5.75 | - | - | - | - | 5.75 | | - | | | 5.75 | $ 39.39 | $ 226.49 |
| September 2022 | 25781 | 81183 | 8 | Unidentified Subcontractor (no payee provided) | CD41C | - | - | 2.00 | - | - | - | - | 2.00 | | - | | | 2.00 | $ 39.39 | $ 78.78 |
| October 2022 | 25781 | 81183 | 8 | Unidentified Subcontractor (no payee provided) | CD41C | - | - | 23.00 | - | - | - | - | 23.00 | | - | | | 23.00 | $ 39.39 | $ 905.97 |
| January 2023 | 25781 | 81183 | 8 | Unidentified Subcontractor (no payee provided) | CD41C | - | - | 6.25 | - | - | - | - | 6.25 | | - | | | 6.25 | $ 39.39 | $ 246.19 |
| February 2023 | 25781 | 81183 | 8 | Unidentified Subcontractor (no payee provided) | CD41C | - | - | 307.50 | - | - | - | - | 307.50 | | - | | | 307.50 | $ 39.39 | $ 12,112.43 |
| April 2023 | 25781 | 81183 | 8 | Unidentified Subcontractor (no payee provided) | CD41C | - | - | 9.50 | - | - | - | - | 9.50 | | - | | | 9.50 | $ 39.39 | $ 374.21 |
| July 2023 | 25781 | 81183 | 8 | Unidentified Subcontractor (no payee provided) | CD41C | - | - | 22.50 | - | - | - | - | 22.50 | | - | | | 22.50 | $ 40.63 | $ 914.18 |
| November 2023 | 25781 | 81183 | 8 | Unidentified Subcontractor (no payee provided) | CD41C | - | - | 41.00 | - | - | - | - | 41.00 | | - | | | 41.00 | $ 40.63 | $ 1,665.83 |
| December 2023 | 25781 | 81183 | 8 | Unidentified Subcontractor (no payee provided) | CD41C | - | - | 9.25 | - | - | - | - | 9.25 | | - | | | 9.25 | $ 40.63 | $ 375.83 |

# Mid America Carpenters Regional Council

## Sub Sheet

Employer Name: Supreme & Associates LLC
Account Number: 25781
Audit Period: January 1, 2022 to December 31, 2023

| Payee | Ck# | Date | Amount | Job # | Ref # | Invoice | Description | Action | Rate | Labor % | Code | Ben Hrs | Tot Hrs | Cap |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLS Construction | 1002 | 2/17/2022 | $1,701.84 | | 1 | No | | PU | $50.86 | 100% | CD41 | 33.50 | | |
| BLS Construction | 1013 | 6/24/2022 | $10,000.00 | | 1 | No | | PU | $52.01 | 100% | CD41 | 192.25 | | |

# Mid America Carpenters Regional Council
## Sub Sheet

Employer Name: Supreme & Associates LLC
Account Number: 25781
Audit Period: January 1, 2022 to December 31, 2023

| Payee | Ck# | Date | Amount | Job # | Ref # | Invoice | Description | Action | Rate | Labor % | Code | Ben Hrs | Tot Hrs | Cap |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bomor Construction | 1006 | 6/24/2022 | $5,000.00 | | 2 | No | | PU | $52.01 | 100% | CD41 | 96.25 | | |
| Bomor Construction | 1004 | 6/24/2022 | $6,000.00 | | 2 | No | | PU | $52.01 | 100% | CD41 | 115.25 | | |

# Mid America Carpenters Regional Council
## Sub Sheet

Employer Name: Supreme & Associates LLC
Account Number: 25781
Audit Period: January 1, 2022 to December 31, 2023

| Payee | Ck# | Date | Amount | Job # | Ref # | Invoice | Description | Action | Rate | Labor % | Code | Ben Hrs | Tot Hrs | Cap |
|-------|-----|------|--------|-------|-------|---------|-------------|--------|------|---------|------|---------|---------|-----|
| Bryon Brown | 1001 | 2/17/2022 | $2,000.00 | | 5 | No | | PU | $25.00 | 100% | CD50 | 80.00 | 80.00 | |
| Bryon Brown | 1012 | 6/24/2022 | $12,000.00 | | 5 | No | | PU | $25.00 | 100% | CD50 | 480.00 | 480.00 | |
| Bryon Brown | 1015 | 7/8/2022 | $78.23 | | 5 | No | | PU | $25.00 | 100% | CD50 | 3.25 | 3.25 | |
| Bryon Brown | 1017 | 10/18/2022 | $2,200.00 | | 5 | No | | PU | $25.00 | 100% | CD50 | 88.00 | 88.00 | |

# Mid America Carpenters Regional Council

## Sub Sheet

Employer Name: Supreme & Associates LLC
Account Number: 25781
Audit Period: January 1, 2022 to December 31, 2023

| Payee | Ck# | Date | Amount | Job # | Ref # | Invoice | Description | Action | Rate | Labor % | Code | Ben Hrs | Tot Hrs | Cap |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| G.P. Maintenance Services Inc | 1003 | 3/17/2022 | $1,500.00 | | 3 | No | | PU | $50.86 | 100% | CD41 | 29.50 | | |

# Mid America Carpenters Regional Council
## Sub Sheet

Employer Name: Supreme & Associates LLC
Account Number: 25781
Audit Period: January 1, 2022 to December 31, 2023

| Payee | Ck# | Date | Amount | Job # | Ref # | Invoice | Description | Action | Rate | Labor % | Code | Ben Hrs | Tot Hrs | Cap |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Natasha (Zelle transfer) | | 6/22/2022 | $700.00 | | 6 | No | | PU | $25.00 | 100% | CD50 | 28.00 | 28.00 | |

# Mid America Carpenters Regional Council

## Sub Sheet

Employer Name: Supreme & Associates LLC
Account Number: 25781
Audit Period: January 1, 2022 to December 31, 2023

| Payee | Ck# | Date | Amount | Job # | Ref # | Invoice | Description | Action | Rate | Labor % | Code | Ben Hrs | Tot Hrs | Cap |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unidentified Subcontractor (ATM cash withdrawal) | | 4/6/2022 | $200.00 | 4 | | No | | PU | $50.86 | 100% | CD41A | 4.00 | | |
| Unidentified Subcontractor (ATM cash withdrawal) | | 4/6/2022 | $300.00 | 4 | | No | | PU | $50.86 | 100% | CD41A | 6.00 | | |
| Unidentified Subcontractor (ATM cash withdrawal) | | 8/10/2022 | $800.00 | 4 | | No | | PU | $52.01 | 100% | CD41A | 15.50 | | |
| Unidentified Subcontractor (ATM cash withdrawal) | | 11/21/2022 | $400.00 | 4 | | No | | PU | $52.01 | 100% | CD41A | 7.75 | | |
| Unidentified Subcontractor (ATM cash withdrawal) | | 12/6/2022 | $80.00 | 4 | | No | | PU | $52.01 | 100% | CD41A | 1.50 | | |
| Unidentified Subcontractor (ATM cash withdrawal) | | 12/20/2022 | $280.00 | 4 | | No | | PU | $52.01 | 100% | CD41A | 5.50 | | |
| Unidentified Subcontractor (ATM cash withdrawal) | | 1/17/2023 | $380.00 | 4 | | No | | PU | $52.01 | 100% | CD41A | 7.25 | | |
| Unidentified Subcontractor (ATM cash withdrawal) | | 3/2/2023 | $300.00 | 4 | | No | | PU | $52.01 | 100% | CD41A | 5.75 | | |
| Unidentified Subcontractor (ATM cash withdrawal) | | 3/3/2023 | $800.00 | 4 | | No | | PU | $52.01 | 100% | CD41A | 15.50 | | |
| Unidentified Subcontractor (ATM cash withdrawal) | | 3/9/2023 | $300.00 | 4 | | No | | PU | $52.01 | 100% | CD41A | 5.75 | | |
| Unidentified Subcontractor (ATM cash withdrawal) | | 5/24/2023 | $200.00 | 4 | | No | | PU | $52.01 | 100% | CD41A | 3.75 | | |
| Unidentified Subcontractor (ATM cash withdrawal) | | 6/1/2023 | $200.00 | 4 | | No | | PU | $53.51 | 100% | CD41A | 3.75 | | |
| Unidentified Subcontractor (ATM cash withdrawal) | | 6/13/2023 | $500.00 | 4 | | No | | PU | $53.51 | 100% | CD41A | 9.25 | | |
| Unidentified Subcontractor (ATM cash withdrawal) | | 7/3/2023 | $100.00 | 4 | | No | | PU | $53.51 | 100% | CD41A | 1.75 | | |
| Unidentified Subcontractor (ATM cash withdrawal) | | 8/2/2023 | $800.00 | 4 | | No | | PU | $53.51 | 100% | CD41A | 15.00 | | |
| Unidentified Subcontractor (ATM cash withdrawal) | | 9/18/2023 | $100.00 | 4 | | No | | PU | $53.51 | 100% | CD41A | 1.75 | | |

# Mid America Carpenters Regional Council
## Sub Sheet

Employer Name: Supreme & Associates LLC
Account Number: 25781
Audit Period: January 1, 2022 to December 31, 2023

| Payee | Ck# | Date | Amount | Job # | Ref # | Invoice | Description | Action | Rate | Labor % | Code | Ben Hrs | Tot Hrs | Cap |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unidentified Subcontractor (Bank of America ATM Withdrawal) | | 9/12/2022 | $100.00 | | 7 | No | | PU | $52.01 | 100% | CD41B | 2.00 | | |

# Mid America Carpenters Regional Council
## Sub Sheet

Employer Name: Supreme & Associates LLC
Account Number: 25781
Audit Period: January 1, 2022 to December 31, 2023

| Payee | Ck# | Date | Amount | Job # | Ref # | Invoice | Description | Action | Rate | Labor % | Code | Ben Hrs | Tot Hrs | Cap |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unidentified Subcontractor (no payee provided) | 754510 | 1/20/2022 | $4,500.00 | 8 | | No | | PU | $50.86 | 100% | CD41C | 88.50 | | |
| Unidentified Subcontractor (no payee provided) | 754945 | 2/3/2022 | $3,200.00 | 8 | | No | | PU | $50.86 | 100% | CD41C | 63.00 | | |
| Unidentified Subcontractor (no payee provided) | 754016 | 2/11/2022 | $3,000.00 | 8 | | No | | PU | $50.86 | 100% | CD41C | 59.00 | | |
| Unidentified Subcontractor (no payee provided) | 754365 | 2/16/2022 | $1,500.00 | 8 | | No | | PU | $50.86 | 100% | CD41C | 29.50 | | |
| Unidentified Subcontractor (no payee provided) | 922846 | 2/28/2022 | $1,000.00 | 8 | | No | | PU | $50.86 | 100% | CD41C | 19.75 | | |
| Unidentified Subcontractor (no payee provided) | 842618 | 2/28/2022 | $1,650.00 | 8 | | No | | PU | $50.86 | 100% | CD41C | 32.50 | | |
| Unidentified Subcontractor (no payee provided) | 947516 | 3/7/2022 | $1,600.00 | 8 | | No | | PU | $50.86 | 100% | CD41C | 31.50 | | |
| Unidentified Subcontractor (no payee provided) | 873093 | 3/7/2022 | $21,212.00 | 8 | | No | | PU | $50.86 | 100% | CD41C | 417.00 | | |
| Unidentified Subcontractor (no payee provided) | 920185 | 3/22/2022 | $1,200.00 | 8 | | No | | PU | $50.86 | 100% | CD41C | 23.50 | | |
| Unidentified Subcontractor (no payee provided) | 485085 | 4/14/2022 | $3,000.00 | 8 | | No | | PU | $50.86 | 100% | CD41C | 59.00 | | |
| Unidentified Subcontractor (no payee provided) | 485091 | 4/14/2022 | $3,000.00 | 8 | | No | | PU | $50.86 | 100% | CD41C | 59.00 | | |
| Unidentified Subcontractor (no payee provided) | 485098 | 4/15/2022 | $3,000.00 | 8 | | No | | PU | $50.86 | 100% | CD41C | 59.00 | | |
| Unidentified Subcontractor (no payee provided) | 965030 | 5/20/2022 | $1,950.00 | 8 | | No | | PU | $50.86 | 100% | CD41C | 38.25 | | |
| Unidentified Subcontractor (no payee provided) | 564282 | 6/3/2022 | $1,500.00 | 8 | | No | | PU | $52.01 | 100% | CD41C | 28.75 | | |
| Unidentified Subcontractor (no payee provided) | 319171 | 6/13/2022 | $100.00 | 8 | | No | | PU | $52.01 | 100% | CD41C | 2.00 | | |
| Unidentified Subcontractor (no payee provided) | 311936 | 6/27/2022 | $8,000.00 | 8 | | No | | PU | $52.01 | 100% | CD41C | 153.75 | | |
| Unidentified Subcontractor (no payee provided) | 409299 | 7/28/2022 | $300.00 | 8 | | No | | PU | $52.01 | 100% | CD41C | 5.75 | | |
| Unidentified Subcontractor (no payee provided) | 338276 | 9/28/2022 | $100.00 | 8 | | No | | PU | $52.01 | 100% | CD41C | 2.00 | | |
| Unidentified Subcontractor (no payee provided) | 315193 | 10/20/2022 | $1,200.00 | 8 | | No | | PU | $52.01 | 100% | CD41C | 23.00 | | |
| Unidentified Subcontractor (no payee provided) | 858869 | 1/24/2023 | $100.00 | 8 | | No | | PU | $52.01 | 100% | CD41C | 2.00 | | |
| Unidentified Subcontractor (no payee provided) | 856014 | 1/26/2023 | $220.00 | 8 | | No | | PU | $52.01 | 100% | CD41C | 4.25 | | |
| Unidentified Subcontractor (no payee provided) | 856331 | 2/3/2023 | $700.00 | 8 | | No | | PU | $52.01 | 100% | CD41C | 13.50 | | |
| Unidentified Subcontractor (no payee provided) | 942273 | 2/8/2023 | $400.00 | 8 | | No | | PU | $52.01 | 100% | CD41C | 7.75 | | |
| Unidentified Subcontractor (no payee provided) | 858142 | 2/13/2023 | $8,000.00 | 8 | | No | | PU | $52.01 | 100% | CD41C | 153.75 | | |
| Unidentified Subcontractor (no payee provided) | 857933 | 2/22/2023 | $200.00 | 8 | | No | | PU | $52.01 | 100% | CD41C | 3.75 | | |
| Unidentified Subcontractor (no payee provided) | 839028 | 2/24/2023 | $700.00 | 8 | | No | | PU | $52.01 | 100% | CD41C | 13.50 | | |
| Unidentified Subcontractor (no payee provided) | 858289 | 2/27/2023 | $6,000.00 | 8 | | No | | PU | $52.01 | 100% | CD41C | 115.25 | | |
| Unidentified Subcontractor (no payee provided) | 610218 | 4/26/2023 | $500.00 | 8 | | No | | PU | $52.01 | 100% | CD41C | 9.50 | | |
| Unidentified Subcontractor (no payee provided) | 624850 | 7/21/2023 | $1,200.00 | 8 | | No | | PU | $53.51 | 100% | CD41C | 22.50 | | |
| Unidentified Subcontractor (no payee provided) | 521413 | 11/3/2023 | $100.00 | 8 | | No | | PU | $53.51 | 100% | CD41C | 1.75 | | |
| Unidentified Subcontractor (no payee provided) | 257914 | 11/6/2023 | $1,000.00 | 8 | | No | | PU | $53.51 | 100% | CD41C | 18.75 | | |
| Unidentified Subcontractor (no payee provided) | 429332 | 11/7/2023 | $1,100.00 | 8 | | No | | PU | $53.51 | 100% | CD41C | 20.50 | | |
| Unidentified Subcontractor (no payee provided) | 452582 | 12/7/2023 | $500.00 | 8 | | No | | PU | $53.51 | 100% | CD41C | 9.25 | | |

Employer:    Supreme & Associates LLC        Date: April 26, 2024
Account No.:  25781
Trust Fund:   Mid America Carpenters Regional Council

Please forward copies of the items requested (X) below to our office.  If you have any questions, or will not be able to comply with this request, please contact **Jessica Frederick** at 312-384-4366.  While we anticipate that our review of these documents will allow us to complete the engagement, occasionally these documents may warrant a review of additional records.

Please return a copy of this form with the requested records and place an (X) in the column to the right of the items being provided.  Your cooperation is appreciated.

**PAYROLL FOR:  Supreme & Associates LLC**

| Requested | | For the Period(s) | Provided |
|---|---|---|---|
| X | Quarterly Illinois Unemployment Wage Reports (UI 3/40) | 1st Qtr 2022 to 4th Qtr 2023 | |
| X | Quarterly Unemployment Tax Reports for Other States | 1st Qtr 2022 to 4th Qtr 2023 | |
| X | Quarterly Federal Tax Returns (Forms 941) | 1st Qtr 2022 to 4th Qtr 2023 | |
| X | Federal Unemployment Report (Forms 940 or 940 EZ) | Years 2022 and 2023 | |
| X | Wage and Tax Statements (Forms W-2) | Years 2022 and 2023 | |
| X | Transmittal of Income and Tax Statements (Forms W-3) | Years 2022 and 2023 | |
| X | Payroll Check Registers (by check no., date, etc.) | January 1, 2022 to December 31, 2023 | |
| X | Payroll Journals for all Employees | January 1, 2022 to December 31, 2023 | |
| X | Individual Earnings Records for all Employees | January 1, 2022 to December 31, 2023 | |
| X | Pay rates for all Employees | January 1, 2022 to December 31, 2023 | |
| X | Time Cards | January 1, 2022 to December 31, 2023 | |
| | Monthly Contribution Reports to Mid America Carpenters T/F | | |
| X | Monthly Contribution Reports to Other Trust Funds | January 2022 to December 2023 | |
| | Employee Information Request Form(s) | See attached form which contains  page(s) | |
| | | | |
| | | | |

**CASH DISBURSEMENTS/CONSTRUCTION LOANS FOR:  Supreme & Associates LLC**

| Requested | | For the Period(s) | Provided |
|---|---|---|---|
| X | Vendor Listing | January 1, 2022 to December 31, 2023 | |
| X | Check Registers (check no, date, etc.) for all checking accounts | January 1, 2022 to December 31, 2023 | |
| X | Cash Disbursement Journals, etc. | January 1, 2022 to December 31, 2023 | |
| X | General Ledgers | January 1, 2022 to December 31, 2023 | |
| X | Cancelled Checks for ALL General A/Cs | January 1, 2022 to December 31, 2023 | |
| | Bank Statements for ALL General A/Cs | | |
| X | Summary of Information Returns (Forms 1096) | Years 2022 and 2023 | |
| X | Reports of Miscellaneous Income Payments (Forms 1099) | Years 2022 and 2023 | |
| | Subcontractors' Workers Compensation Endorsements | | |
| | Payment Information Request Form(s) | | |
| X | Invoices to Subcontractors | See attached form which contains 2 page(s) | |
| | | | |
| | | | |

**OTHER RECORDS FOR:  Supreme & Associates LLC**

| Requested | | For the Period(s) | Provided |
|---|---|---|---|
| X | Form 1120 with all attachments and schedules | Years 2022 and 2023 | |
| | Employee's Apprentice School Attendance Certificate | | |
| X | Cash Receipts | January 1, 2022 to December 31, 2023 | |

Requested By:      **Jessica Frederick**
Phone #  312-384-4366
Cell Phone #  708-724-9889

Legacy Professionals LLP

Mid America Carpenters Regional Council

Supreme & Associates LLC

25781

Invoices to Subcontractors Request

## Please provide an invoice/job contract that indicates the type of work performed for the payments listed below.

| Payee | Ck# | Job # | Date | Amount |
|-------|-----|-------|------|--------|
| ATM cash withdrawal | | | 4/6/2022 | $ 200.00 |
| ATM cash withdrawal | | | 4/6/2022 | $ 300.00 |
| ATM cash withdrawal | | | 8/10/2022 | $ 800.00 |
| ATM cash withdrawal | | | 11/21/2022 | $ 400.00 |
| ATM cash withdrawal | | | 12/6/2022 | $ 80.00 |
| ATM cash withdrawal | | | 12/20/2022 | $ 280.00 |
| ATM cash withdrawal | | | 1/17/2023 | $ 380.00 |
| ATM cash withdrawal | | | 3/2/2023 | $ 300.00 |
| ATM cash withdrawal | | | 3/3/2023 | $ 800.00 |
| ATM cash withdrawal | | | 3/9/2023 | $ 300.00 |
| ATM cash withdrawal | | | 5/24/2023 | $ 200.00 |
| ATM cash withdrawal | | | 6/1/2023 | $ 200.00 |
| ATM cash withdrawal | | | 6/13/2023 | $ 500.00 |
| ATM cash withdrawal | | | 7/3/2023 | $ 100.00 |
| ATM cash withdrawal | | | 8/2/2023 | $ 800.00 |
| ATM cash withdrawal | | | 9/18/2023 | $ 100.00 |
| No payee provided | 754510 | | 1/20/2022 | $ 4,500.00 |
| No payee provided | 754945 | | 2/3/2022 | $ 3,200.00 |
| No payee provided | 754016 | | 2/11/2022 | $ 3,000.00 |
| No payee provided | 754365 | | 2/16/2022 | $ 1,500.00 |
| No payee provided | 922846 | | 2/28/2022 | $ 1,000.00 |
| No payee provided | 842618 | | 2/28/2022 | $ 1,650.00 |
| No payee provided | 947516 | | 3/7/2022 | $ 1,600.00 |
| No payee provided | 873093 | | 3/7/2022 | $ 21,212.00 |
| No payee provided | 920185 | | 3/22/2022 | $ 1,200.00 |
| No payee provided | 485085 | | 4/14/2022 | $ 3,000.00 |
| No payee provided | 485091 | | 4/14/2022 | $ 3,000.00 |
| No payee provided | 485098 | | 4/15/2022 | $ 3,000.00 |
| No payee provided | 965030 | | 5/20/2022 | $ 1,950.00 |
| No payee provided | 564282 | | 6/3/2022 | $ 1,500.00 |
| No payee provided | 319171 | | 6/13/2022 | $ 100.00 |
| No payee provided | 311936 | | 6/27/2022 | $ 8,000.00 |
| No payee provided | 409299 | | 7/28/2022 | $ 300.00 |
| No payee provided | 338276 | | 9/28/2022 | $ 100.00 |
| No payee provided | 315193 | | 10/20/2022 | $ 1,200.00 |
| No payee provided | 858869 | | 1/24/2023 | $ 100.00 |
| No payee provided | 856014 | | 1/26/2023 | $ 220.00 |
| No payee provided | 856331 | | 2/3/2023 | $ 700.00 |
| No payee provided | 942273 | | 2/8/2023 | $ 400.00 |
| No payee provided | 858142 | | 2/13/2023 | $ 8,000.00 |
| No payee provided | 857933 | | 2/22/2023 | $ 200.00 |
| No payee provided | 839028 | | 2/24/2023 | $ 700.00 |
| No payee provided | 858289 | | 2/27/2023 | $ 6,000.00 |
| No payee provided | 610218 | | 4/26/2023 | $ 500.00 |
| No payee provided | 624850 | | 7/21/2023 | $ 1,200.00 |
| No payee provided | 521413 | | 11/3/2023 | $ 100.00 |

Legacy Professionals LLP
Mid America Carpenters Regional Council
Supreme & Associates LLC
25781
Invoices to Subcontractors Request

## Please provide an invoice/job contract that indicates the type of work performed for the payments listed below.

| Payee | Ck# | Job # | Date | | Amount |
|-------|-----|-------|------|---|--------|
| No payee provided | 257914 | | 11/6/2023 | $ | 1,000.00 |
| No payee provided | 429332 | | 11/7/2023 | $ | 1,100.00 |
| No payee provided | 452582 | | 12/7/2023 | $ | 500.00 |

*Professional services rendered in connection with the audit of:*

Supreme & Associates LLC
2289 Glenwood Lansing Road
Lynwood, IL 60411

Account Number(s): 25781

Field Auditor: Jessica Frederick

January 1, 2022 to December 31, 2023

**Preliminary Findings**



Ms. Breanna Radtke, Administrator
Mid America Carpenters Regional Council
Fringe Benefit Funds
12 East Erie Street
Chicago, Illinois 60611

Re:  Supreme & Associates LLC (#25781)
    Reporting Period: January 1, 2022 to December 31, 2023

We were engaged by the Board of Trustees of the Mid America Carpenters Regional Council Fringe Benefit Funds (the Funds) to assist you in determining whether contributions to the Funds were made in accordance with the Collective Bargaining and Trust Agreements during the above referenced reporting period.

The management of Supreme & Associates LLC is responsible for making contributions in accordance with the requirements of the Collective Bargaining and Trust Agreements.

This engagement was performed in accordance with Statements on Standards for Consulting Services issued by the American Institute of Certified Public Accountants. We were not engaged to, and did not, conduct an audit, the objective of which would be the expression of an opinion. Accordingly, we do not express such an opinion.  Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

Our procedures and findings are included in the attached schedules.

This report is intended solely for the information and use of the Trustees and Administrator of the Mid America Carpenters Regional Council Fringe Benefit Funds and is not intended to be and should not be used by anyone other than these specified parties.

*Legacy Professionals LLP*

Westchester, Illinois

May 9, 2025

# *Mid-America Carpenters Regional Council Trust Funds*
## ERISA Employer Audit Procedures (2022 Rev.)

## PROCESSES

I.  **GENERAL:**

   a.  Review the ERISA employer audit initiation request document(s) and MACRC's Employer File Inquiry reports for the specified period.

   b.  Review the Collective Bargaining Agreement and Addendum(s) to determine the applicable hours subject to contributions.

   c.  Compare the Federal Employer Identification Number (FEIN) and organizational type (i.e. proprietorship, partnership, corporation, etc.) reflected in MACRC's Employer data base to documents reviewed and/or discussions with the employer representative. Address any differences in the report.

   d.  Identify the records to be reviewed.

   e.  Discuss with the Trust Fund's Office any questionable issues that may arise such as: scope limitation(s), potential payroll fraud issues such as piece-rate, bonus/incentive wages, cash payments paid to individuals performing jurisdictional work, items addressed in the ERISA employer audit initiation request and other unusual or special circumstances.

   f.  If hours worked are not available or do not appear credible, alternate procedures may need to be applied, and should be discussed with the Trust Fund's Office.

   g.  Calculate discrepancy dollars by multiplying the discrepancy hours listed in the report findings by the appropriate contribution rates.

   h.  Liquidated damages should be computed at 1.5% compounded monthly on each month that discrepancy dollars are owed, not to exceed 20% of the total discrepancy dollars owed.

II.  **PAYROLL:**

   a.  Review copies of tax and/or related documents to determine the completeness of the payroll records and to identify the individuals employed by the company.

   b.  Compile a list of individuals the company reported to the MACRC Trust Funds during the engagement period. Identify discrepancies that exist between the hours worked by individuals (not considered as management or superintendent) and the hours reported to the MACRC Trust Funds. Include the discrepancy hours in the report findings.

   c.  Compile a list of individuals the company reported to other Carpenter Trust Funds during the engagement period. From that list, identify discrepancies that exist between the hours worked by individuals (not considered as management or superintendent) and the hours reported to the other Carpenter Trust Funds. Use the criteria specified by the MACRC Trust Funds (see Criteria for Individuals) for inclusion of under and over reported hours of an individual. In months where individuals are reported exclusively to other Carpenter Trust Funds, do not include any credit discrepancies in the report findings, unless instructed otherwise by the MACRC Trust Fund's Office.

1

d. Eliminate individuals listed on this employer's contribution report(s) submitted to other Union Trade trust funds, provided those individuals were not reported by this employer to any Carpenter Trust Fund in or around the engagement period and it was reasonably determined that non-jurisdictional work was performed.

e. Identify individuals who were not listed on this employer's contribution reports, but meet criteria specified by the MACRC Trust Funds (see Criteria for Individuals) for inclusion. Include their hours in the report findings and provide the Trust Funds with each individual's address, hourly wage rate, and job description (if available).

f. Identify individuals who were not listed on this employer's contribution reports, do not meet criteria specified by the Trust Funds (see Criteria for Individuals) for inclusion, but do meet criteria that may warrant further consideration by the Trust Funds. Capture the employees' quarterly gross wages and provide the Trust Funds with a list of these individuals, as well as, their addresses, hourly wage rates, and job descriptions (if available).

g. Identify individuals who meet criteria specified by the Trust Funds (see Criteria for Individuals) for participation in the 160 hour program. Do not include their hours in the report findings, but specify those month(s) reported at less than 160 hours. Provide the Trust Funds with each individual's address, phone number, hourly wage rate or note if "salaried." Also indicate if the individual was reported, works with tools of the trade, identify and note any familial relation (if known), and note potential employee misclassification in the Trust Funds' data base. The Trust Funds will review this list and remove any individuals verified to be the 160 Hour Exempted Carpenter.

h. If the above procedures are not applicable, individuals may be eliminated based upon other criteria specified by the Trust Fund's Office (see Criteria for Individuals).

## III.  DISBURSEMENTS:

a. Peruse the disbursement records to identify payees that are known, acknowledged or appear to perform bargaining unit work and request the Employer provide a description of the goods or services provided for each payee. Disbursement records may come from a third party source such as a financial institution.

b. Review Federal Forms 1096 and Forms 1099-Misc (if available) and compare recipient names to the aforementioned payees.

c. Identify those payees who appear to meet criteria specified by the Trust Funds and record the payments issued to the payees during the engagement period. Some of the payees may be eliminated based upon criteria specified by these Trust Funds (see Criteria for Individuals and Entities).

d. Request sample invoices from the employer representative to determine the type of work performed for each payee. Additional invoices should be requested for all payments to each payee performing jurisdictional work, or who is not clearly defined and/or excludable. Payments for jurisdictional work should be included in the report findings. Payments for non-jurisdictional work should be excluded from the report findings. Jurisdictional work should be assumed if no invoice is provided.

*Perform the below procedures on payments to payee that have not been excluded*

Individuals:

e.  Identify individuals paid through disbursements that meet criteria specified by these Trust Funds (see Criteria for Individuals) for inclusion in the report findings. If hours are not specified, determine reportable hours based upon Trust Fund criteria (see Calculation of Hours – Individual). Also provide the Trust Funds with each individual's address, phone number, hourly wage rate, and job description (if available).

Entities:

f.  Identify entities that may have performed bargaining unit work and were not signatory to the Collective Bargaining Agreement at the time payment was issued. Include in the report findings the hours worked within the Trust Funds' geographic jurisdiction (if identifiable). If hours are not reflected on the invoices, hours should be determined based upon criteria specified by the Trust Funds (see Criteria for Entities). Also provide the Trust Funds with the entities' name, address, and a brief description of the goods/services provided (if available).

g.  Identify entities signatory to the Collective Bargaining Agreement that may have performed bargaining unit work within the Trust Funds' geographic jurisdiction and did not report individuals in or around the months that payments were issued. Address each company in the report narrative, note the total amount paid, and provide a description of the services.

h.  Identify those potentially related entities not signatory to the Collective Bargaining Agreement at the time that payment was issued. These companies may be included in the report findings or their records pursued. Contact the Trust Fund's Office for further discussion.

3

# Interest & Damages Summary

Account Number: 25781                                    Calculation Date: June 3, 2025

Employer:        Supreme & Associates LLC
Address:         2289 Glenwood Lansing Rd
                 Lynwood, IL 60411

| Reporting Period | Delinquency Amount | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|
| January 2022 | $ 3,352.38 | $821.75 | $670.48 | $4,844.61 |
| February 2022 | $ 12,017.43 | $2,911.11 | $2,403.49 | $17,332.03 |
| March 2022 | $ 18,996.82 | $4,528.66 | $3,799.36 | $27,324.84 |
| April 2022 | $ 7,083.56 | $1,660.12 | $1,416.71 | $10,160.39 |
| May 2022 | $ 1,448.91 | $333.54 | $289.78 | $2,072.23 |
| June 2022 | $ 43,181.30 | $9,738.25 | $8,636.26 | $61,555.81 |
| July 2022 | $ 354.51 | $78.15 | $70.90 | $503.56 |
| August 2022 | $ 610.55 | $131.45 | $122.11 | $864.11 |
| September 2022 | $ 157.56 | $33.15 | $31.51 | $222.22 |
| October 2022 | $ 4,372.29 | $897.20 | $874.46 | $6,143.95 |
| November 2022 | $ 305.27 | $61.18 | $61.05 | $427.50 |
| December 2022 | $ 275.73 | $53.52 | $55.15 | $384.40 |
| January 2023 | $ 531.77 | $99.27 | $106.35 | $737.39 |
| February 2023 | $ 12,112.43 | $2,183.12 | $2,422.49 | $16,718.04 |
| March 2023 | $ 1,063.53 | $184.24 | $212.71 | $1,460.48 |
| April 2023 | $ 374.21 | $62.34 | $74.84 | $511.39 |
| May 2023 | $ 147.71 | $23.57 | $29.54 | $200.82 |
| June 2023 | $ 528.19 | $80.87 | $105.64 | $714.70 |
| July 2023 | $ 985.28 | $144.26 | $197.06 | $1,326.60 |
| August 2023 | $ 609.45 | $85.10 | $121.89 | $816.44 |
| September 2023 | $ 71.10 | $9.42 | $14.22 | $94.74 |
| November 2023 | $ 1,665.83 | $195.90 | $333.17 | $2,194.90 |
| December 2023 | $ 375.83 | $41.42 | $75.17 | $492.42 |
| Totals | $110,621.64 | $24,357.59 | $22,124.33 | $157,103.57 |

EXHIBIT

A-3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MID-AMERICA CARPENTERS REGIONAL
COUNCIL PENSION FUND; MID-AMERICA
CARPENTERS REGIONAL COUNCIL HEALTH
FUND; MID-AMERICA CARPENTERS
REGIONAL COUNCIL APPRENTICE AND
TRAINEE PROGRAM; and MID-AMERICA
CARPENTERS REGIONAL COUNCIL
SUPPLEMENTAL RETIREMENT FUND,

                                Plaintiffs,

    v.

SUPREME & ASSOCIATES, LLC, an Illinois
Limited Liability Company,

                                Defendant.

24-cv-05961

Judge Mary M. Rowland

Magistrate Jeannice W. Appenteng

## <u>DECLARATION OF KEVIN P. MCJESSY</u>

I, Kevin P. McJessy, hereby state as follows:

1.      I am one of the attorneys representing the Mid-America Carpenters Regional Council Pension Fund; Mid-America Carpenters Regional Council Health Fund; Mid-America Carpenters Regional Council Apprentice And Trainee Program; And Mid-America Carpenters Regional Council Supplemental Retirement Fund (collectively "the Trust Funds") in the above-captioned lawsuit ("Lawsuit") against Supreme & Associates LLC ("Defendant").

2.      I have been licensed to practice law in the State of Illinois and the United States District Court for the Northern District of Illinois since 1995.  I am an attorney with and a principal of McJessy, Ching & Thompson, LLC ("MC&T").



3.      As part of my practice, I handle claims under ERISA.  I personally represented the Trust Funds in this Lawsuit.  I have represented the Trust Funds in this Lawsuit since its inception.

4.      Sheila Keating is a paralegal with MC&T.  She has been a paralegal since 1987.

5.      The Trust Funds have incurred $8,054.00 in fees and $490.00 in recoverable expenses to compel Defendant to comply with its obligations under the terms of the Collective Bargaining Agreement and applicable trust agreements.

6.      The Trust Funds have collectively incurred fees totaling $7,670.00 for 26.00 hours of attorney services and $384.00 for 3.20 hours of paralegal services.  A redacted copy of the client ledger showing the time spent and a description of the work performed is attached as Exhibit B-1.

| Name | Services | Hours | Rate | Total |
|------|----------|-------|------|-------|
| Kevin McJessy ("KM") | Attorney | 26.00 | $295.00 | $7,670.00 |
| Sheila Keating ("SK) | Paralegal | 3.20 | $120/hr. | $384.00 |
| Total | | | | $8,054.00 |

7.      The Trust Funds incurred $490.00 in recoverable expenses for the filing fee and service of summons:

| | | | |
|---|---|---|---|
| 7/15/2024 | U.S. Clerk of Court[1] | Filing Fee | $405.00 |
| 8/14/2024 | Windy City Process Serving, Inc. | Process Server for Service of Summons | $85.00 |
| Total | | | $490.00 |

---

[1] This charge was billed to the Trust Funds on a separate statement and, therefore, does not appear on the ledger attached as Exhibit B-1.  The receipt for the charge is attached as Exhibit B-2.

8.      The attorneys' fees, paralegal fees and costs charged to the Trust Funds in this matter are consistent with MC&T's regular charges for services to the Trust Funds on similar matters and are substantially reduced from MC&T's standard rate.

9.      I have personal knowledge of the matters stated in this affidavit and could testify competently to them.

I declare under penalty of perjury that the foregoing is true and correct.

_____

Kevin P. McJessy

_____June 2, 2025_____

Executed On Date

| Date | Received From/Paid To | Explanation | Lwy | Hours | Amount | Disbs |
|------|----------------------|-------------|-----|-------|--------|-------|

**1000  Mid-America Carpenters Regional Council**

**0367-SUPR  Supreme and Associates LLC - Audits**      **Resp Lawyer: KM**

| Date | Received From/Paid To | Explanation | Lwy | Hours | Amount | Disbs |
|------|----------------------|-------------|-----|-------|--------|-------|
| 2/6/2024 | Expense Recovery | Postage Recovery February 2024 | | 0.00 | | 10.61 |
| 2/6/2024 | Lawyer: KM  0.10 Hrs X 295.00 | Reviewed and responded to correspondence from A. Powell regarding demand letter to Supreme & Associates LLC for records. | KM | 0.10 | 29.50 | |
| 2/6/2024 | Lawyer: KM  0.40 Hrs X 295.00 | Research and reviewed contact information for company; and, prepared demand letter. | KM | 0.40 | 118.00 | |
| 2/20/2024 | Lawyer: SK  0.20 Hrs X 120.00 | Reviewed K. McJessy demand letters sent to Supreme and Assoc. and Alicia Powell as president of Supreme which were returned (both USPS, Certified) but USPS did affix a new address for A. Powell of 803 Damico Dr., Chicago Heights; prepared letter to A. Powell forwarding original demand letter. | SK | 0.20 | 24.00 | |
| 2/20/2024 | Billing on Invoice 17181 | | | | | 0.00 |
| 2/26/2024 | Lawyer: SK  0.10 Hrs X 120.00 | Telephone call from Byron Brown of Supreme & Associates (708.785.0050) regarding audit demand letter, that they have not done business or generated income since prior to pandemic and Union has not helped; directed Mr. Brown to the auditor's (Jessica Frederick) contact information in the demand letter and he will reach out to her. | SK | 0.10 | 12.00 | |
| 2/29/2024 | Expense Recovery | Photocopy Recovery February 2024 | | 0.00 | | 1.68 |
| 3/20/2024 | Billing on Invoice 17238 | FEES   183.50    DISBS   12.29 | | | | 0.00 |
| 4/5/2024 | Mid America Carpenters Regional Pension Fund | PMT - | | 0.00 | | |
| 4/22/2024 | Billing on Invoice 17310 | | | | | 0.00 |
| 4/23/2024 | Lawyer: KM  0.20 Hrs X 295.00 | Reviewed and responded to correspondence from J. Frederick regarding demand letter; reviewed file materials and prior demand; prepared correspondence to J. Frederick regarding explanation for new demand after company failed to comply with prior demand letter. | KM | 0.20 | 59.00 | |
| 4/23/2024 | Lawyer: KM  0.10 Hrs X 295.00 | Reviewed correspondence from J. Conklin REDACTED | KM | 0.10 | 29.50 | |
| 5/14/2024 | Billing on Invoice | FEES   88.50 | | | | 0.00 |

EXHIBIT

**B-1**

| Date | Received From/Paid | Explanation | Lwy | Hours | Amount | Disbs |
|------|--------------------|-------------|-----|-------|--------|-------|
| | 17403 | | | | | |
| 5/31/2024 | Mid America Carpenters Regional Pension Fund | PMT - | | 0.00 | | |
| 6/13/2024 | Lawyer: KM 0.10 Hrs X 295.00 | Reviewed correspondence from J. Conklin REDACTED | KM | 0.10 | 29.50 | |
| 6/20/2024 | Billing on Invoice 17446 | | | | | 0.00 |
| 6/24/2024 | Lawyer: KM 0.70 Hrs X 295.00 | Reviewed audit referral materials and started drafting complaint. | KM | 0.70 | 206.50 | |
| 7/15/2024 | Lawyer: KM 1.10 Hrs X 295.00 | Completed review of audit referral file, REDACTED ; and, legal research REDACTED | KM | 1.10 | 324.50 | |
| 7/15/2024 | Lawyer: KM 1.00 Hrs X 295.00 | Additional fact investigation related to information about company and drafted complaint against Supreme & Associates, LLC. | KM | 1.00 | 295.00 | |
| 7/15/2024 | Lawyer: KM 0.20 Hrs X 295.00 | Confer with S. Keating for filing of complaint and attendant documents; and, reviewed civil cover sheet prepared by S. Keating prior to filing. | KM | 0.20 | 59.00 | |
| 7/15/2024 | Lawyer: SK 0.50 Hrs X 120.00 | Prepared civil cover sheet, attorney appearance, and summons to Supreme & Associates; filed complaint electronically with court; filed civil cover sheet and K. McJessy appearance with court. | SK | 0.50 | 60.00 | |
| 7/16/2024 | Lawyer: SK 0.30 Hrs X 120.00 | Reviewed email from court with Judges' assignments and revised open file report to add case/judge information; prepared email correspondence to J. Conklin REDACTED ; prepared email correspondence to court intake clerks forwarding summons for issuance. | SK | 0.30 | 36.00 | |
| 7/16/2024 | Lawyer: KM 0.10 Hrs X 295.00 | Reviewed correspondence from S. Keating forwarding file stamped complaint filed yesterday to J. Conklin. | KM | 0.10 | 29.50 | |
| 7/16/2024 | Lawyer: KM 0.10 Hrs X 295.00 | Reviewed ECF notice of electronic filing from clerk of court notice of case assignment to Judge Rowland and Magistrate Jaennice Appenteng. | KM | 0.10 | 29.50 | |
| 7/17/2024 | Lawyer: SK 0.10 | Prepared email correspondence to process | SK | 0.10 | 12.00 | |

Client Ledger
ALL DATES

| Date | Received From/Paid To | Explanation | Lwy | Hours | Amount | Disbs |
|------|------------------------|-------------|-----|-------|--------|-------|
| | Hrs X 120.00 | server forwarding summons and complaint to Supreme & Associates for service. | | | | |
| 7/17/2024 | Lawyer: KM  0.10 Hrs X 295.00 | Reviewed ECF notice of electronic filing from clerk of court summons issued. | KM | 0.10 | 29.50 | |
| 7/19/2024 | Lawyer: KM  0.20 Hrs X 295.00 | Reviewed correspondence from Defendant regarding receipt of subpoena and inquiry about same; and, prepared correspondence to J. Frederick regarding to same and advising of status and unlikely a subpoena was served but likely a summons was served. | KM | 0.20 | 59.00 | |
| 7/19/2024 | Lawyer: KM  0.10 Hrs X 295.00 | Reviewed correspondence from J. Frederick confirming receipt of same, no further documents, and no further action at this time. | KM | 0.10 | 29.50 | |
| 7/22/2024 | Billing on Invoice 17514 | FEES      236.00 | | | | 0.00 |
| 7/31/2024 | RELX Inc.d/b/a LexisNexis | Legal Research  month of July 2024 - | | 0.00 | | 6.22 |
| 7/31/2024 | RELX Inc.d/b/a LexisNexis | Legal Research  month of July 2024 - | | 0.00 | | 8.99 |
| 7/31/2024 | Expense Recovery | Photocopy Recovery July 2024 | | 0.00 | | 2.52 |
| 8/8/2024 | Lawyer: KM  0.30 Hrs X 295.00 | Confer with S. Keating regarding service issues with Supreme & Associates, non-service affidavits although witness location is known and continued service efforts. | KM | 0.30 | 88.50 | |
| 8/9/2024 | Lawyer: SK  0.10 Hrs X 120.00 | Reviewed process server's affidavit of service of summons, complaint on A. Powell and filed same with summons. | SK | 0.10 | 12.00 | |
| 8/9/2024 | Lawyer: KM  0.30 Hrs X 295.00 | Telephone call with Mr. Brown regarding desire to cooperate with audit, to produce records. | KM | 0.30 | 88.50 | |
| 8/9/2024 | Lawyer: KM  0.10 Hrs X 295.00 | Prepared correspondence to Mr. Brown confirming the conversation, the record requests and the follow up. | KM | 0.10 | 29.50 | |
| 8/9/2024 | Lawyer: KM  0.20 Hrs X 295.00 | Confer with S. Keating regarding service of complaint and proof of service. | KM | 0.20 | 59.00 | |
| 8/12/2024 | Lawyer: KM  0.10 Hrs X 295.00 | Reviewed ECF court order of Judge Rowland setting status report due date of 9/26/24. | KM | 0.10 | 29.50 | |
| 8/12/2024 | Lawyer: KM  0.10 Hrs X 295.00 | Reviewed correspondence from S. Keating regarding call from Byron Brown (708) 785-0050 regarding audit. | KM | 0.10 | 29.50 | |
| 8/14/2024 | Windy City Process Serving Inc. | Process Server recovery - Service of Summons, Complaint | | 0.00 | | 85.00 |
| 8/19/2024 | Billing on Invoice 17577 | FEES     963.50     DISBS     17.73 | | | | 0.00 |
| 8/20/2024 | Mid America | PMT - | | 0.00 | | |

Client Ledger

ALL DATES

| Date | Received From/Paid To | Explanation | Lwy | Hours | Amount | Disbs |
|------|------|------|------|------|------|------|
| | Carpenters Regional Pension Fund | | | | | |
| 9/7/2024 | Mid America Carpenters Regional Pension Fund | PMT - | | 0.00 | | |
| 9/17/2024 | Billing on Invoice 17629 | FEES 336.50 DISBS 85.00 | | | | 0.00 |
| 9/26/2024 | Expense Recovery | Postage Recovery September 2024 | | 0.00 | | 0.69 |
| 9/26/2024 | Lawyer: SK 0.10 Hrs X 120.00 | Filed motion for entry of default with court. | SK | 0.10 | 12.00 | |
| 9/26/2024 | Lawyer: KM 0.10 Hrs X 295.00 | Prepared correspondence to J. Frederick following up on status of response by Supreme & Associates. | KM | 0.10 | 29.50 | |
| 9/26/2024 | Lawyer: KM 0.10 Hrs X 295.00 | Reviewed correspondence from J. Frederick advising no follow up no contact. | KM | 0.10 | 29.50 | |
| 9/26/2024 | Lawyer: KM 1.70 Hrs X 295.00 | Prepared motion for entry of default judgment against Supreme and Associates; reviewed file documents as necessary to draft motion; drafted order for entry of default judgment; and, coordinate with S. Keating to review, finalize, and file same. | KM | 1.70 | 501.50 | |
| 9/27/2024 | Expense Recovery | Postage Recovery September 2024 | | 0.00 | | 10.33 |
| 9/27/2024 | Lawyer: SK 0.10 Hrs X 120.00 | Prepared correspondence to defendant forwarding 9/27/24 court order granting MACRC motion for entry of default. | SK | 0.10 | 12.00 | |
| 9/27/2024 | Lawyer: KM 0.10 Hrs X 295.00 | Reviewed ECF court order of Judge Rowland granting Trust Funds' motion for entry of default judgment. | KM | 0.10 | 29.50 | |
| 10/10/202 | Mid America Carpenters Regional Pension Fund | PMT - | | 0.00 | | |
| 10/21/202 | Billing on Invoice 17682 | FEES 614.00 DISBS 11.02 | | | | 0.00 |
| 10/31/202 | Lawyer: KM 0.50 Hrs X 295.00 | Prepared status report; and, reviewed court order and file materials in order to prepare status report. | KM | 0.50 | 147.50 | |
| 10/31/202 | Lawyer: SK 0.10 Hrs X 120.00 | Filed status report with Clerk of Court. | SK | 0.10 | 12.00 | |
| 11/1/2024 | Lawyer: KM 0.10 Hrs X 295.00 | Reviewed ECF court order of Judge Rowland regarding review of status report and setting of next court date. | KM | 0.10 | 29.50 | |
| 11/6/2024 | Mid-America Carpenters | PMT - | | 0.00 | | |

Jun/ 2/2025

McJessy, Ching & Thompson, LLC

Page: 5

Case: 1:24-cv-05961 Document #: 22 Filed: 06/03/25 Page 46 of 57 PageID #:104

Client Ledger

ALL DATES

| Date | Received From/Paid To | Explanation | Lwy | Hours | Amount | Disbs |
|------|------------------------|-------------|-----|-------|--------|-------|
| | Regional Pension Fund | | | | | |
| 11/20/2024 | Billing on Invoice 17746 | FEES        159.50 | | | | 0.00 |
| 11/21/2024 | Lawyer: KM  0.40 Hrs X 295.00 | Prepared status report per court's order; filed status report with U.S. Clerk of Court ECF System; and, prepared correspondence to Supreme & Associates forwarding same. | KM | 0.40 | 118.00 | |
| 11/21/2024 | Expense Recovery | Postage Recovery November 2024 | | 0.00 | | 0.69 |
| 11/21/2024 | Lawyer: KM  0.80 Hrs X 295.00 | Research        REDACTED         REDACTED | KM | 0.80 | 236.00 | |
| 11/30/2024 | RELX Inc.d/b/a LexisNexis | Legal Research  month of November 2024 - | | 0.00 | | 13.68 |
| 12/5/2024 | Mid-America Carpenters Regional Council | PMT - | | 0.00 | | |
| 12/6/2024 | Lawyer: SK  0.80 Hrs X 120.00 | Prepared document subpoenas to Chicago Housing Authority, Bank of America, Power & Sons Construction (.5); prepared email correspondence to process server forwarding Power & Sons subpoena for service (.1); prepared certificate of service to defendant regarding document subpoenas (.2). | SK | 0.80 | 96.00 | |
| 12/6/2024 | Expense Recovery | Postage Recovery December 2024 | | 0.00 | | 25.85 |
| 12/6/2024 | Lawyer: KM  0.40 Hrs X 295.00 | Telephone call to D. Mandelco  REDACTED         REDACTED | KM | 0.40 | 118.00 | |
| 12/6/2024 | Lawyer: KM  0.10 Hrs X 295.00 | Prepared correspondence to J. Frederick regarding questions about audit. | KM | 0.10 | 29.50 | |
| 12/6/2024 | Lawyer: KM  1.40 Hrs X 295.00 | Prepared subpoena rider for subpoena to CHA for work by Supreme & Associates; prepared subpoena rider for subpoena to Power & Sons for work by Supreme & Associates; prepared subpoena rider for subpoena to Bank of America for account information of Supreme & Associates; coordinate with S. Keating to prepare and serve subpoenas; and, reviewed file materials to gather information for subpoenas, including exhibit. | KM | 1.40 | 413.00 | |
| 12/11/2024 | Windy City Process Serving Inc. | Process Server recovery - Document Subpoena Power & Sons Construction | | 0.00 | | 85.00 |
| 12/19/2024 | Billing on Invoice 17822 | FEES        383.50        DISBS      14.37 | | | | 0.00 |
| 12/20/2024 | Lawyer: KM  0.10 | Reviewed correspondence from C. Cruz | KM | 0.10 | 29.50 | |

Client Ledger

ALL DATES

| Date | Received From/Paid To | Explanation | Lwy | Hours | Amount | Disbs |
|------|----------------------|-------------|-----|-------|--------|-------|
| | Hrs X 295.00 | regarding subpoena request and subpoena processing fee for subpoena response. | | | | |
| 12/27/2024 | Lawyer: KM 0.10 Hrs X 295.00 | Reviewed correspondence from Clara Cruz regarding production of documents forthcoming but needs additional time. | KM | 0.10 | 29.50 | |
| 12/30/2024 | Lawyer: KM 0.80 Hrs X 295.00 | Download via secure portal correspondence from Bank of America refusing to comply with subpoena; prepared new subpoena; and, served same on Bank of America via certified mail. | KM | 0.80 | 236.00 | |
| 12/30/2024 | Expense Recovery | Postage Recovery December 2024 | | 0.00 | | 5.54 |
| 12/30/2024 | Lawyer: KM 0.10 Hrs X 300.00 | Reviewed ECF notice of electronic filing from clerk of court for reminder of filing Local Rule 3.2 Notification of Affiliates as applicable. | KM | 0.10 | 30.00 | |
| 12/31/2024 | Expense Recovery | Postage Recovery December 2024 | | 0.00 | | 17.58 |
| 12/31/2024 | RELX Inc.d/b/a LexisNexis | Legal Research  month of December 2024 | | 0.00 | | 10.40 |
| 1/6/2025 | Lawyer: KM 0.10 Hrs X 295.00 | Reviewed and responded to correspondence from C. Cruz regarding request for extension of time to respond to subpoena as people have been on vacation. | KM | 0.10 | 29.50 | |
| 1/8/2025 | Lawyer: KM 0.20 Hrs X 295.00 | Telephone call with D. Buls regarding response to subpoena by Power & Sons; and, reviewed correspondence from D. Buls, counsel for Power & Sons regarding additional time to produce documents and narrowing of request. | KM | 0.20 | 59.00 | |
| 1/10/2025 | Chicago Housing Authority | Photocopy Recovery | | 0.00 | | 25.00 |
| 1/10/2025 | Lawyer: SK 0.20 Hrs X 120.00 | Prepared correspondence to E. Silas at Chicago Housing Authority forwarding check for processing of subpoena response. | SK | 0.20 | 24.00 | |
| 1/10/2025 | Lawyer: KM 0.10 Hrs X 295.00 | Reviewed correspondence from C. Cruz regarding request for processing fee; and, coordinate with S. Keating to forwarding processing fee. | KM | 0.10 | 29.50 | |
| 1/10/2025 | Lawyer: KM 0.10 Hrs X 0.00 | Reviewed correspondence from S. Keating to C. Cruz forwarding check for processing fee for subpoena. [NO CHARGE] | KM | 0.10 | 0.00 | |
| 1/14/2025 | Billing on Invoice 17874 | FEES     981.50     DISBS     144.37 | | | | 0.00 |
| 1/15/2025 | Mid-America Carpenters Regional Pension Fund | PMT - | | 0.00 | | |

Case: 1:24-cv-05961 Document #: 22 Filed: 06/03/25 Page 48 of 57 PageID #:106

Client Ledger

ALL DATES

| Date | Received From/Paid To | Explanation | Lwy | Hours | Amount | Disbs |
|------|----------------------|-------------|-----|-------|--------|-------|
| 1/24/2025 | Lawyer: KM  0.10 Hrs X 295.00 | Reviewed and responded to correspondence from C. Cruz regarding request for additional time to gather documents. | KM | 0.10 | 29.50 | |
| 1/24/2025 | Lawyer: KM  0.10 Hrs X 295.00 | Reviewed and responded to correspondence from C. Cruz regarding 10 days additional time to respond to subpoena to CHA. | KM | 0.10 | 29.50 | |
| 1/27/2025 | Lawyer: SK  0.10 Hrs X 120.00 | Filed status report with court. | SK | 0.10 | 12.00 | |
| 1/27/2025 | Lawyer: KM  0.50 Hrs X 295.00 | Prepared status report; and, reviewed file documents as necessary to prepare status report. | KM | 0.50 | 147.50 | |
| 1/28/2025 | Mid-America Carpenters Regional Pension Fund | PMT - | | 0.00 | | |
| 1/29/2025 | Lawyer: KM  0.10 Hrs X 295.00 | Reviewed and responded to correspondence from D. Buls regarding further extension of time for Powers & Sons to respond to subpoena. | KM | 0.10 | 29.50 | |
| 1/31/2025 | US Messenger & Logistics | Courier Recovery - Chicago Housing Authority | | 0.00 | | 26.47 |
| 2/12/2025 | Lawyer: KM  0.10 Hrs X 295.00 | Prepared correspondence to D. Buls, counsel for Power & Sons Construction, inquiring on status of response to subpoena. | KM | 0.10 | 29.50 | |
| 2/12/2025 | Lawyer: KM  0.10 Hrs X 295.00 | Prepared correspondence to S. Cruz regarding inquiry on status of response to subpoena to CHA. | KM | 0.10 | 29.50 | |
| 2/13/2025 | Lawyer: KM  0.10 Hrs X 295.00 | Reviewed correspondence from S. Cruz regarding update on subpoena response; and, prepared correspondence to S. Cruz responding to same. | KM | 0.10 | 29.50 | |
| 2/13/2025 | Lawyer: KM  0.20 Hrs X 295.00 | Exchanged several follow up communications with C. Cruz regarding payments to Power & Sons Construction and payments by Supreme & Associates to workers. | KM | 0.20 | 59.00 | |
| 2/13/2025 | Billing on Invoice 17915 | FEES        390.00        DISBS        51.47 | | | | 0.00 |
| 2/24/2025 | Lawyer: KM  0.20 Hrs X 295.00 | Reviewed correspondence from S. Cruz forwarding information related to payment history to Power & Sons for work on project using Supreme & Associates; reviewed same; and, prepared correspondence to D. Bulis forwarding information from CHA's S. Cruz in order that he may locate certified payroll. | KM | 0.20 | 59.00 | |
| 2/24/2025 | Lawyer: KM  0.10 | Reviewed correspondence from D. Bulis | KM | 0.10 | 29.50 | |

Client Ledger
ALL DATES

| Date | Received From/Paid To | Explanation | Lwy | Hours | Amount | Disbs |
|------|----------------------|-------------|-----|-------|--------|-------|
| | Hrs X 295.00 | advising Power & Sons will respond to the subpoena by Monday. | | | | |
| 2/28/2025 | Mid-America Carpenters Regional Council Funds | PMT - | | 0.00 | | |
| 2/28/2025 | Windy City Process Serving Inc. | Process Server recovery - Subpoena - Bank of America | | 0.00 | | 85.00 |
| 3/3/2025 | Lawyer: KM  0.20 Hrs X 295.00 | Reviewed correspondence from D. Buls, counsel for Power & Sons regarding subpoena response and reviewed payment history document; and, prepared correspondence to D. Buls regarding follow up on same. | KM | 0.20 | 59.00 | |
| 3/4/2025 | Lawyer: KM  0.50 Hrs X 295.00 | Reviewed correspondence from R. Minor regarding subpoena production of Power & Sons; downloaded documents from Power & Sons; and, partially reviewed documents. | KM | 0.50 | 147.50 | |
| 3/4/2025 | Lawyer: KM  0.10 Hrs X 295.00 | Uploaded documents to Legacy Professionals Portal in case Legacy will be completing revised audit report. | KM | 0.10 | 29.50 | |
| 3/4/2025 | Lawyer: KM  0.10 Hrs X 295.00 | Prepared correspondence to J. Conklin  REDACTED | KM | 0.10 | 29.50 | |
| 3/5/2025 | Lawyer: KM  0.10 Hrs X 295.00 | Reviewed and responded to correspondence from J. Frederick regarding documents uploaded to the portal; and, prepared correspondence to J. Conklin  REDACTED | KM | 0.10 | 29.50 | |
| 3/5/2025 | Lawyer: KM  0.10 Hrs X 295.00 | Reviewed correspondence from J. Conklin  REDACTED  ; and, prepared correspondence to J. Conklin  REDACTED  . | KM | 0.10 | 29.50 | |
| 3/5/2025 | Lawyer: KM  0.10 Hrs X 295.00 | Reviewed correspondence from J. Frederick confirming she will begin work on finalizing the audit of Supreme & Associates. | KM | 0.10 | 29.50 | |
| 3/20/2025 | Billing on Invoice 17977 | FEES      236.00      DISBS      85.00 | | | | 0.00 |
| 3/20/2025 | Expense Recovery | Postage Recovery March 2025 | | 0.00 | | 0.69 |
| 3/20/2025 | Lawyer: KM  0.20 | Prepared status report for Supreme & | KM | 0.20 | 59.00 | |

| Date | Received From/Paid To | Explanation | Lwy | Hours | Amount | Disbs |
|------|----------------------|-------------|-----|-------|--------|-------|
| | Hrs X 295.00 | Associates matter. | | | | |
| 3/20/2025 | Lawyer: SK 0.10 Hrs X 120.00 | Filed status report and forwarded file stamped copy to defendant via U.S. Mail. | SK | 0.10 | 12.00 | |
| 3/21/2025 | Lawyer: KM 0.10 Hrs X 295.00 | Reviewed ECF court order of Judge Rowland regarding new date, status report due by 4/10/25. | KM | 0.10 | 29.50 | |
| 3/21/2025 | Lawyer: KM 0.20 Hrs X 295.00 | Reviewed correspondence from Bank of America forwarding subpoena response; downloaded same; and, coordinate with MC&T Administrator to pay invoices from Bank of America. | KM | 0.20 | 59.00 | |
| 3/26/2025 | Bank of America Legal Order Processing | Photocopy Expense - Supreme & Associates | | 0.00 | | 20.00 |
| 4/4/2025 | Lawyer: KM 0.10 Hrs X 295.00 | Exchanged correspondence with J. Frederick regarding update on status of audit report and issues related to documents produced. | KM | 0.10 | 29.50 | |
| 4/10/2025 | Lawyer: SK 0.20 Hrs X 120.00 | Filed status report with court and forwarded same to A. Powell. | SK | 0.20 | 24.00 | |
| 4/10/2025 | Lawyer: KM 0.30 Hrs X 295.00 | Prepared status report, including review of prior court order and prior status report to prepare the current one. | KM | 0.30 | 88.50 | |
| 4/10/2025 | Lawyer: KM 0.40 Hrs X 295.00 | Reviewed past correspondence with auditor for update on status and J. Frederick request for clarification of audit records from general contractor; and, prepared correspondence to J. Frederick following up on same. | KM | 0.40 | 118.00 | |
| 4/10/2025 | Expense Recovery | Postage Recovery April 2025 | | 0.00 | | 0.69 |
| 4/13/2025 | Lawyer: KM 0.10 Hrs X 295.00 | Reviewed correspondence from J. Frederick from 4/10/25 regarding audit. | KM | 0.10 | 29.50 | |
| 4/14/2025 | Lawyer: KM 0.10 Hrs X 295.00 | Reviewed correspondence from Judge Rowland regarding status report and next status date. | KM | 0.10 | 29.50 | |
| 4/17/2025 | Billing on Invoice 18069 | FEES        513.50        DISBS        20.69 | | | | 0.00 |
| 4/23/2025 | Lawyer: KM 0.20 Hrs X 295.00 | Telephone call with J. Frederick regarding issues related to audit of Supreme & Associates, information in documents obtained in discovery, and preparation of final audit report. | KM | 0.20 | 59.00 | |
| 4/23/2025 | Lawyer: KM 0.10 Hrs X 295.00 | Uploaded documents obtained in discovery to Legacy Professionals, LLP secure document portal; and, prepared correspondence to J. Frederick confirming documents discussed today have been | KM | 0.10 | 29.50 | |

Client Ledger

ALL DATES

| Date | Received From/Paid To | Explanation | Lwy | Hours | Amount | Disbs |
|------|----------------------|-------------|-----|-------|--------|-------|
| | | uploaded. | | | | |
| 5/2/2025 | Lawyer: SK  0.20 Hrs X 120.00 | Filed status report and forwarded by USPS to defendant. | SK | 0.20 | 24.00 | |
| 5/2/2025 | Lawyer: KM  1.80 Hrs X 295.00 | Prepared detailed summary of items in documents obtained from Bank of America, CHA, and Power & Sons per J. Frederick request; and, reviewed documents from subpoena respondents as necessary to draft summary; and, uploaded documents to Legacy Portal produced by the subpoena respondents. | KM | 1.80 | 531.00 | |
| 5/2/2025 | Lawyer: KM  0.50 Hrs X 295.00 | Prepared status report; and, filed same with the Clerk of Court ECF system. | KM | 0.50 | 147.50 | |
| 5/5/2025 | Lawyer: KM  0.10 Hrs X 295.00 | Reviewed ECF court order of Judge Rowland regarding next status date, motion for default; and, prepared correspondence to J. Frederick with court schedule and need to file motion by end of the month. | KM | 0.10 | 29.50 | |
| 5/5/2025 | Lawyer: KM  0.10 Hrs X 295.00 | Reviewed correspondence from J. Frederick confirming completion of audit report by 5/23/25. | KM | 0.10 | 29.50 | |
| 5/8/2025 | Lawyer: KM  0.20 Hrs X 295.00 | Telephone call with J. Frederick regarding inquiry on matters related to audit of Supreme & Associates. | KM | 0.20 | 59.00 | |
| 5/14/2025 | Lawyer: KM  0.20 Hrs X 295.00 | Telephone call with J. Conklin REDACTED REDACTED | KM | 0.20 | 59.00 | |
| 5/20/2025 | Billing on Invoice 18098 | FEES    407.50    DISBS    0.69 | | | | 0.00 |
| 6/2/2025 | Lawyer: KM  2.60 Hrs X 295.00 | Prepared motion for entry of final judgment; and, reviewed file documents as necessary to draft motion; and, briefly reviewed cases and ERISA section for citations to motion. | KM | 2.60 | 767.00 | |
| 6/2/2025 | Lawyer: KM  0.30 Hrs X 295.00 | Reviewed correspondence from J. Conklin REDACTED . | KM | 0.30 | 88.50 | |
| 6/2/2025 | Lawyer: KM  0.80 Hrs X 295.00 | Prepared declaration of J. Conklin; and, reviewed file documents as necessary to draft declaration; and, prepared correspondence to J. Conklin forwarding declaration. | KM | 0.80 | 236.00 | |
| 6/2/2025 | Lawyer: KM  1.30 Hrs X 295.00 | Prepared declaration of K. McJessy, including supporting attorneys' fee petition materials. | KM | 1.30 | 383.50 | |
| 6/2/2025 | Lawyer: KM  0.20 | Prepared draft order in support of motion for | KM | 0.20 | 59.00 | |

Client Ledger

ALL DATES

| Date | Received From/Paid To | Explanation | Lwy | Hours | Amount | Disbs |
|------|----------------------|-------------|-----|-------|--------|-------|
| | Hrs X 295.00 | entry of judgment. | | | | |
| 6/2/2025 | Lawyer: KM 0.30 | Exchanged numerous correspondence with J. | KM | 0.30 | 88.50 | |
| | Hrs X 295.00 | Conklin REDACTED . | | | | |
| 6/2/2025 | Lawyer: KM 0.20 | Prepared status report; and, filed status report | KM | 0.20 | 59.00 | |
| | Hrs X 295.00 | with Clerk of Court ECF System. | | | | |

| | | |—— UNBILLED ——| | | |—— BILLED ——————| | | |—— BALANCE ——| |
|--------|------|--------|---------|---------|---------|--------|---------|---------|-----------|---------|---------|
| TOTALS | CHE | RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | RECEIPTS | = A/R | TRUST |
| PERIOD | 0.00 | 0.00 | 2561.00 | 2561.00 | 442.63 | 5493.50 | 0.00 | 4672.75 | 1263.38 | 0.00 |
| END D | 0.00 | 0.00 | 2561.00 | 2561.00 | 442.63 | 5493.50 | 0.00 | 4672.75 | 1263.38 | 0.00 |

| | | |—— UNBILLED ——| | | |—— BILLED ——————| | | |—— BALANCE ——| |
|---------|------|--------|---------|---------|---------|--------|---------|---------|-----------|---------|
| FIRM TO | CHE | RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | RECEIPTS | = A/R | TRUST |
| PERIOD | 0.00 | 0.00 | 2561.00 | 2561.00 | 442.63 | 5493.50 | 0.00 | 4672.75 | 1263.38 | 0.00 |
| END D | 0.00 | 0.00 | 2561.00 | 2561.00 | 442.63 | 5493.50 | 0.00 | 4672.75 | 1263.38 | 0.00 |

REPORT SELECTIONS - Client Ledger

| | |
|---|---|
| Layout Template | Attorneys Fee Petition |
| Advanced Search Filter | None |
| Requested by | ADMIN |
| Finished | Monday, June 02, 2025 at 01:48:43 PM |
| Ver | 13.0 SP2 (13.0.20140210) |
| Matters | 0367-SUPR |
| Clients | All |
| Major Clients | All |
| Client Intro Lawyer | All |
| Matter Intro Lawyer | All |
| Responsible Lawyer | All |
| Assigned Lawyer | All |
| Type of Law | All |
| Select From | Active, Inactive, Archived Matters |
| Matters Sort by | Default |
| New Page for Each Lawyer | No |
| New Page for Each Matter | No |
| No Activity Date | Dec/31/2199 |
| Firm Totals Only | No |
| Totals Only | No |
| Entries Shown - Billed Only | No |
| Entries Shown - Disbursements | Yes |
| Entries Shown - Receipts | Yes |
| Entries Shown - Time or Fees | Yes |
| Entries Shown - Trust | Yes |
| Incl. Matters with Retainer Bal | No |
| Incl. Matters with Neg Unbld Disb | No |
| Trust Account | All |

McJessy, Ching & Thompson, LLC
Client Ledger
ALL DATES

| Date | Received From/Paid To | Explanation | Lwy | Hours | Amount | Disbs |
|------|----------------------|-------------|-----|-------|--------|-------|

Working Lawyer                            All
Include Corrected Entries                 No
Show Check # on Paid Payables             No
Show Client Address                       No
Consolidate Payments                      No
Show Trust Summary by Account             No
Show Interest                             No
Interest Up To                            Jun/ 2/2025
Show Invoices that Payments Were Applied  No
Display Entries in                        Date Order

| | |
|---|---|
| **From:** | usdc_ecf_ilnd@ilnd.uscourts.gov |
| **To:** | ecfmail_ilnd@ilnd.uscourts.gov |
| **Subject:** | Activity in Case 1:24-cv-05961 Mid-America Carpenters Regional Council Pension Fund et al v. Supreme & Associates LLC complaint |
| **Date:** | Monday, July 15, 2024 4:52:23 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States District Court

### Northern District of Illinois - CM/ECF NextGen 1.7.1.1

## Notice of Electronic Filing

The following transaction was entered by McJessy, Kevin on 7/15/2024 at 4:51 PM CDT and filed on 7/15/2024

| | |
|---|---|
| **Case Name:** | Mid-America Carpenters Regional Council Pension Fund et al v. Supreme & Associates LLC |
| **Case Number:** | 1:24-cv-05961 |
| **Filer:** | Mid-America Carpenters Regional Council Supplemental Retirement Fund |
| | Mid-America Carpenters Regional Council Pension Fund |
| | Mid-America Carpenters Regional Council Apprentice and Trainee Program |
| | Mid-America Carpenters Regional Council Health Fund |
| **Document Number:** | 1 |

**Docket Text:**
**COMPLAINT filed by Mid-America Carpenters Regional Council Supplemental Retirement Fund, Mid-America Carpenters Regional Council Pension Fund, Mid-America Carpenters Regional Council Apprentice and Trainee Program, Mid-America Carpenters Regional Council Health Fund; Filing fee $ 405, receipt number AILNDC-22244987.(McJessy, Kevin)**

**1:24-cv-05961 Notice has been electronically mailed to:**

Kevin Patrick McJessy     mcjessy@mcandt.com, keating@mcandt.com, mcandt@sbcglobal.net

**1:24-cv-05961 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:



**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=7/15/2024] [FileNumber=27962179-0] [7536159ff0a91fb400836ae6f64f460144057a42ab3cb753aff89cc7fb7c3989ff64e1c2b21aceace251a54c7c2294d8be118abeffcc88d67f6efd5d8ef68851]]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MID-AMERICA CARPENTERS REGIONAL
COUNCIL PENSION FUND; MID-AMERICA
CARPENTERS REGIONAL COUNCIL HEALTH
FUND; MID-AMERICA CARPENTERS
REGIONAL COUNCIL APPRENTICE AND
TRAINEE PROGRAM; and MID-AMERICA
CARPENTERS REGIONAL COUNCIL
SUPPLEMENTAL RETIREMENT FUND,

                     Plaintiffs,

    v.

SUPREME & ASSOCIATES, LLC, an Illinois
Limited Liability Company,

                  Defendant.

24-cv-05961

Judge Mary M. Rowland

Magistrate Jeannice W. Appenteng

## **JUDGMENT ORDER**

Pursuant to Federal Rule of Civil Procedure 55(b), a final judgment is hereby entered in favor of the Mid-America Carpenters Regional Council Pension Fund, the Mid-America Carpenters Regional Council Health Fund, the Mid-America Carpenters Regional Council Apprentice And Trainee Program, and the Mid-America Carpenters Regional Council Supplemental Retirement Fund (collectively "Plaintiffs") and against defendant Supreme & Associates LLC, an Illinois limited liability company ("Defendant") in the amount of $170,148.61 as follows:

A.    $110,621.33 in unpaid contributions pursuant to the audit (29 U.S.C. §1132(g)(2)(A));

B.    $48,715.18 in double interest (29 U.S.C. §1132(g)(2)(B) & (C)(i));

C.    $2,268.10 in auditor's fees incurred by the Trust Funds to complete the audit of Defendant's books and records (29 U.S.C. §1132(g)(2)(E); *Trs. of the Chi. Plastering Inst. Pension Trust v. Cork Plastering Co.*, 570 F.3d 890, 902 (7th Cir. 2009)); and

D.    $8,544.00 in reasonable attorney's fees and costs the Trust Funds incurred in this action (29 U.S.C. §1132(g)(1) and 29 U.S.C. §1132(g)(2)(D)).


EXHIBIT
C

Plaintiffs shall also be entitled to recover reasonable attorney' fees and costs incurred by Plaintiffs to enforce this order and any such further relief as this Court deems appropriate. *See Free v. Briody*, 793 F.2d 807, 808-809 (7th Cir. 1986).


_____                          _____

        Date                                                          Judge Mary M. Rowland