**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Mid−America Carpenters Regional Council
Pension Fund, et al.

        Plaintiff,

v.        Case No.: 1:24−cv−05961

        Honorable Mary M. Rowland

Supreme & Associates LLC

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 12, 2025:

        MINUTE entry before the Honorable Mary M. Rowland: In person hearing on Plaintiffs' motion for rule to show cause [30] set for 1/14/26 at 9:30 AM. Alicia Powell is to appear in person and show cause why she should not be held in contempt for failing to comply with the citation to discover assets issued by this Court. Plaintiffs are to send a copy of this order to Defendant and her counsel. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.