# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Mid−America Carpenters Regional Council
Pension Fund, et al.

                                                        Plaintiff,

v.                                                                            Case No.: 1:24−cv−05961

                                                                           Honorable Mary M. Rowland

Supreme & Associates LLC

                                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 13, 2026:

      MINUTE entry before the Honorable Mary M. Rowland: By request and agreement of the parties, motion hearing previously set for 1/14/26 is stricken. Parties to file a status report by 2/6/26. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.