UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND; *et al.,*<br><br>      Plaintiffs,<br><br> v.<br><br>SUPREME & ASSOCIATES, LLC, an Illinois Limited Liability Company,<br>      Defendant. | 24-cv-05961<br><br>Judge Mary M. Rowland<br><br>Magistrate Jeannice W. Appenteng |

## PLAINTIFFS' STATUS REPORT

Plaintiffs MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND, *et al.* (collectively "Plaintiffs") by their attorney Kevin P. McJessy submit this Status Report pursuant to the Court's Order [ECF#34].

Defendant appeared for the citation examination on January 29, 2026. Plaintiffs withdraw their motion for rule to show cause [ECF#30].

                MID-AMERICA CARPENTERS REGIONAL
                COUNCIL PENSION FUND *et al.*

                By:  s/ Kevin P. McJessy
                   One of Their Attorneys

Kevin P. McJessy
MCJESSY, CHING & THOMPSON, LLC
3759 North Ravenswood
Suite 231
Chicago, Illinois 60613
773.880.1260
mcjessy@MCandT.com

## **CERTIFICATE OF SERVICE**

I, Kevin P. McJessy, an attorney, certify that I caused the foregoing **Plaintiffs' Status Report** to be served upon all counsel of record via the Court's CM/ECF system for the Northern District of Illinois on February 6, 2026.

                                                                                                                                                                    s/ Kevin P. McJessy  
                                                                                                                                                                    Kevin P. McJessy